# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )  Criminal No. 1:18-cr-00120 (TSC) |
| v. | ) |
| | )  Hon. Tanya S. Chutkan |
| JALIYA CHITRAN WICKRAMASURIYA | ) |
| | ) |
| *Defendant.* | ) |

## JOINT STATUS REPORT

In response to the Court's Minute Order dated June 5, 2020, the parties have conferred and propose the following dates for rescheduling the status conference previously scheduled for June 10, 2020:

The parties are available on August 25, 26, or 27, 2020, at any time convenient to the Court. Should the Court be unavailable that week, the parties would be available on any date and time convenient to the Court during the week of September 7, 2020.

Dated: July 10, 2020

/s/ Kaitlin Konkel
Amy Jeffress (DC Bar No. 449258)
Kaitlin Konkel (DC Bar No. 1021109)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5757
Fax: (202) 942-5999
amy.jeffress@arnoldporter.com
kaitlin.konkel@arnoldporter.com

Danny Onorato (DC Bar No. 480043)
Stuart Sears (DC Bar No. 977144)
Schertler & Onorato LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 628-4199
Fax: (202) 628-4177
donorato@schertlerlaw.com
ssears@schertlerlaw.com

*Attorneys for Jaliya Chitran Wickramasuriya*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2020, I caused the foregoing to be electronically filed using the CM/ECF system, which will notify all counsel of record of the filing.

                                            /s/ Kaitlin Konkel
                                            Kaitlin Konkel