# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) v. ) ) JALIYA CHITRAN ) WICKRAMASURIYA, ) ) Defendant. ) | Criminal Action No. 1:18-120 (TSC) |

## DECLARATION OF SHAVINDRA FERNANDO

I, Shavindra Fernando, hereby declare:

1. I am an attorney at law based in Colombo, Sri Lanka appearing on behalf of Jaliya Wickramasuriya. This declaration is based on my personal knowledge and on information that has become available to me in the course of my representation of Jaliya Wickramasuriya. If called to testify, I could and would testify competently to the statements in this declaration.

2. I have been a practicing attorney in Sri Lanka for 35 years. Of that time, I spent nearly 30 years at the Attorney General's Department, from which I retired as an Additional Solicitor General. I also served as Legal Adviser to the Foreign Ministry.

3. In 2014, I was appointed as a President's Counsel. In addition, I am currently serving as Deputy President of the Bar Association of Sri Lanka.

4. I have reviewed the attached documents identified as **Exhibits A through G** and, to the best of my knowledge, they are true and correct copies of authentic documents as described below.

5. Attached as **Exhibit A** is a letter from Prasad Kariyawasam, then the Secretary to the Ministry of Foreign Affairs, to me, dated 6 October, 2017.

6. Attached as **Exhibit B** is a document captioned "L/POL/33," dated 23 October, 2017, purporting to waive Mr. Wickramasuriya's diplomatic immunity. This document is also signed by Prasad Kariyawasam, although the signature is not legible.

7. Mr. Wickramasuriya promptly challenged the purported waiver of immunity in the Sri Lankan courts. On 8 December, 2017, Mr. Wickramasuriya filed a case in the Sri Lankan Court of Appeal. The Court of Appeal dismissed the case on 29 March, 2018.

8. Mr. Wickramasuriya appealed the Court of Appeal's decision to the Sri Lankan Supreme Court on 23 April, 2018.

9. The Supreme Court has postponed Mr. Wickramasuriya's case repeatedly due to heavy judicial caseloads and the effects of the global pandemic.

10. In proceedings before the Supreme Court, the Attorney General, appearing on behalf of the State, has accepted the fact that the immunity waiver was improperly and illegally done.

11. The next court date in Mr. Wickramasuriya's Supreme Court case is set for 2 November, 2020.

12. Attached as **Exhibit C** is a Proclamation by Sri Lankan President Gotabaya Rajapaksa, dated 9 January, 2020. This Proclamation announces an investigation into the potential political victimization of certain public officers, employees of public corporations, and members of the armed forces and police service between January 2015 and November 2019.

13. Mr. Wickramasuriya was one of the former public officials identified for inclusion in this review.

14. The Presidential Secretariat and Foreign Ministry conducted an investigation of the purported waiver of Mr. Wickramasuriya's immunity.

15. Article 33(2)(d) of the Sri Lankan Constitution provides that the President shall have the power "to receive and recognize, and to appoint and accredit Ambassadors, High Commissioners, Plenipotentiaries and other diplomatic agents."

16. Under Sri Lankan law, the Sri Lankan President must order the waiver of an Ambassador's diplomatic immunity as it is under the powers of the President in Article 33 (2) (d) of the Constitution that Ambassadors are appointed.

17. Attached as **Exhibit D** is a letter dated 20 February, 2020, from Iresha N. Weerasekara, Senior Assistant Secretary to the President, to Upendra Gunasekara, an attorney for Mr. Wickramasuriya.

18. Attached as **Exhibit E** is Diplomatic Note No. L/POL/33(VII), dated 2 July, 2020, issued from the Sri Lankan Ministry of Foreign Relations to the U.S. Embassy in Colombo.

19.     **Exhibit E** also contains a letter dated 2 July, 2020, from Ravinatha Aryasinha, Secretary to the Ministry of Foreign Relations, to Dr. P.B. Jayasundera, Secretary to the President.

20.     Attached as **Exhibit F** is a Diplomatic Note from the U.S. Department of State, dated 19 August, 2020.

21.     Attached as **Exhibit G** is Diplomatic Note TPN No. US/ADMIN/INQ/2020, issued from the Embassy of Sri Lanka to the U.S. Department of State on 8 September, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28.09.2020.                                      _____
                                                                                          Shavindra Fernando

                                                                BEFORE ME

~~JUSTICE OF THE PEACE~~/COMMISSIONERE FOR OATHS

Mirthula Skandarajah
Attorney- at - Law
Commissioner for Oaths
152B, 5th Cross Lane,
Borupana Road, Ratmalana.

4