

## MINISTRY OF FOREIGN AFFAIRS

Republic Building, Colombo 1, Sri Lanka

| My No | L/POL/33(iv) | Your No | | Date | 6 October, 2017 |

Mr. W J Shavindra Fernando
391/5 Thimbirigasyayaya Road,
Colombo 5.

Dear Sir,

### RE: Investigations regarding Mr Jaliya Chitran Wickramasooriya, former Ambassador of Sri Lanka to the USA

I refer to your letter dated 27.09.2017 addressed to Hon. Tilak Marapana, Minister of Foreign Affairs on this subject. In this regard, I have been directed by the Hon. Minister to inform you the following:

Under Article 39 of the Vienna Convention on Diplomatic Relations 1961, diplomatic immunity commences operating upon entry into the Receiving State by the diplomat. However, Under Article 39 (2) immunities and privileges normally cease when the person leaves the country.

Immunities of a diplomat would continue only with regard to those acts that were performed in the exercise of his/her functions as a member of the diplomatic mission of the sending State. Accordingly, Mr. Jaliya Chitran Wickramasooriya would continue to enjoy immunities with regard to those acts that were performed in the exercise of his functions as a member of the Embassy of Sri Lanka to the United States.

The Government of Sri Lanka has not waived any immunities of Mr. Jaliya Chitran Wickramasooriya may have enjoyed or continue to enjoy.

Yours sincerely,

Prasad Kariyawasam
Secretary

**True Copy**

W.J. SHAVINDRA FERNANDO
PRESIDENTS COUNSEL

| Telephone | 2325371-5 | Fax | 2333450 / 2446091 / 2430220 | E-Mail | cypher@mfa.gov.lk | Web site | www.mfa.gov.lk |