

L/PO1/33

The Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka presents its compliments to the Embassy of the United States of America and has the honour to refer to the latter's Note Verbale No: 756 dated 23rd October 2017, pertaining to the investigations of Mr. Jaliya Chithran Wickramasooriya, presently pending in the United States District Court for the District of Colombia.

The Ministry of Foreign Affairs wishes to assure the assistance of the Government of the Democratic Socialist Republic of Sri Lanka, with the ongoing investigations of Mr. Wickremasooriya and accordingly waive off any immunity Mr. Wickremasooriya enjoys with regard to such investigations, including but not limited to testimonial immunity and immunity from the criminal, administrative and civil jurisdiction of the United States.

The Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.

Embassy of the United States of America
Colombo

23rd October, 2017
Colombo

**True Copy**

W.J. SHAVINDRA FERNANDO
PRESIDENTS COUNSEL