

## විදේශ සබඳතා අමාත්‍යාංශය

### வெளிநாட்டு உறவுகள் அமைச்சு
## MINISTRY OF FOREIGN RELATIONS

ජනරජ ගොඩනැගිල්ල, කොළඹ 1, ශ්‍රී ලංකාව   குடியரசுக் கட்டிடம், கொழும்பு 1, இலங்கை   Republic Building, Colombo 1, Sri Lanka

| | | | |
|---|---|---|---|
| මගේ අංකය<br>எனது இல<br>**My No** | L/POL/33 | ඔබේ අංකය<br>உமது இல<br>**Your No** | දිනය<br>திகதி<br>**Date** | 02.07.2020 |

Dr. P. B. Jayasundera
Secretary to the President
Presidential Secretariat
Colombo 01

**Withdrawal of Diplomatic Immunity of Mr. Jaliya Wickramasuriya, former Sri Lankan Ambassador to the USA**

I write further to your letter dated 2nd July 2020, requesting to withdraw Diplomatic Note No. L/POL/33 dated 23rd October 2017 issued to the US embassy in Colombo on the above.

Accordingly, this Ministry has taken action to issue the attached Diplomatic Note No. L/POL/33(VII) dated 2nd July 2020 to the US embassy in Colombo.

Ravinatha Aryasinha
Secretary

Cc:   1. H E Rodney Perera/Ambassador, Washington
2. Admiral Jayanath Colombage, Additional Secretary/ Foreign Relations, Presidential Secretariat
3. DG/North America- MFR
4. DLA/MFR

True Copy

W.J. SHAVINDRA FERNANDO
PRESIDENTS COUNSEL



L/POL/33(VII)

The Ministry of Foreign Relations of the Democratic Socialist Republic of Sri Lanka presents its compliments to the Embassy of the United States of America in Colombo and has the honour to refer to Ministry's Note Verbale No. L/POL/33 dated 23rd October, 2017 by which, diplomatic immunities enjoyed by Mr. Jaliya Chithran Wickramasuriya as former Ambassador of Sri Lanka to the United States were withdrawn.

Although, the aforesaid Note Verbale appears to have been issued by the Ministry of Foreign Relations on the basis that such instructions have been issued by former President, His Excellency Maithripala Sirisena, the Presidential Secretariat and Ministry of Foreign Relations has been able to verify that no records are available in both offices to prove that former President has issued such instructions.

Based on above mentioned observations, the Ministry of Foreign Relations is of the view that the said waiver is not legitimate and hence the aforesaid Note Verable No. L/POL/33 dated 23rd October, 2017 is withdrawn.

The Ministry of Foreign Relations of the Democratic Socialist Republic of Sri Lanka avails itself of this opportunity to renew to the Embassy of the United States of America in Colombo the assurances of its highest consideration.

2nd Ju...
Colom...

විදේශ කටයුතු අමාත්‍යාංශය
ශ්‍රී ලංකා ප්‍රජාතාන්ත්‍රික
...
Minist... ...gn Affairs
Democra... ...st Republic
of Sri Lanka.

The Embassy of the United States of America
Colombo

True Copy

W.J. SHAVINDRA FERNANDO
PRESIDENTS COUNSEL