UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Criminal Action No. 1:18-120 (TSC)<br>) |
| JALIYA CHITRAN WICKRAMASURIYA, | )<br>) |
| Defendant. | )<br>) |

**[PROPOSED] ORDER**

Upon due consideration of Defendant's Motion to Dismiss the Indictment on Diplomatic Immunity Grounds and Memorandum of Law in Support, the government's opposition, and Defendant's reply, it is hereby ORDERED that the motion is GRANTED. The indictment is DISMISSED.

IT IS SO ORDERED this the _____ day of _____, 2020.

_____
Hon. Tanya S. Chutkan
United States District Judge