# EXHIBIT

# A

**UNCLASSIFIED (U)**

# 5 FAH-1 H-600
# DIPLOMATIC NOTES

## 5 FAH-1 H-610
## USING DIPLOMATIC NOTES

*(CT:CH-56;   02-07-2019)*
*(Office of Origin:   IRM/BMP/GRP/GP)*

# 5 FAH-1 H-611  GENERAL

*(CT:CH-56;   02-07-2019)*

a. Diplomatic notes are used for correspondence between the U.S. Government and a foreign government.  The Secretary of State corresponds with the diplomatic representatives of foreign governments at Washington, DC, U.S. embassies abroad, and foreign offices or ministries.

b. The chief of mission corresponds with the foreign ministry of the host government at posts and other foreign office representatives.

c.  When diplomatic notes are used to negotiate international agreements (see 11 FAM 700 for details).

d. The Department of State serves as the official channel for diplomatic communications between the U.S. Government and a foreign government, except for certain military activities (see 1 FAM and 5 FAH-1 Exhibit H-611 for a list of diplomatic terms).

e. Preparers may use the various features available with word processing software to prepare diplomatic notes, provided the results are in accordance with the guidelines in this chapter.  A glossary (macro or template) should be created to save time and increase efficiency.

f. Before transmittal, the correspondence officer, S/ES-S, Room 7512, must clear all outgoing diplomatic notes.

g. *Preparers and recipients are responsible for ensuring a record copy of all diplomatic notes are filed in the Department's electronic archive using State Messaging and Archive Retrieval Toolset (SMART).  Requests to archive record copies of diplomatic notes in an alternate NARA scheduled-system should be sent to A/GIS/IPS:*

(1) *Scan the hardcopy notes at the highest resolution possible and ensure that all pages, including the attachments, are clear and easy to read.*

*The scan resolution should meet the National Archives and Records Administration's guidelines for text documents at 300 dots per inch (DPI) for documents up to 11x17 in size;*

(2) *Once electronically filed in SMART, the hardcopy note may be destroyed if no longer needed for Department business.  DOS employees at post and domestic office are responsible for managing and destroying hardcopy diplomatic notes;*

(3) *Please click for additional information on* NARA's scanning guidelines.  *For instructions on archiving Dip Notes in SMART please visit the Standard Procedures section of the* Records and Archives Management Division website; and

(4) *For additional guidance on acceptable formats for digitized documents, please see* 5 FAH-4 H-614.

h. All communications addressed to a foreign government are in English.  A U.S. note that constitutes part of an international agreement based on an exchange of diplomatic notes is always in the English language.  If the note contains a full quote from a foreign office note, the quotation must be in English.

i. Letters should be used for informal, routine correspondence with members of foreign diplomatic missions at Washington, DC and officials of the foreign office and diplomatic corps at posts (see 5 FAH-1 H-400 for guidelines on preparing letters).

j. Diplomatic Notes must be prepared as first-person notes or third person notes in accordance with the guidelines in this chapter.  The Executive Secretariat InfoLink Web site contains guidance on diplomatic notes signed by a seventh-floor principal.

# 5 FAH-1 H-612  TYPES OF DIPLOMATIC NOTES

## 5 FAH-1 H-612.1  First-Person Notes

(CT:CH-56;  02-07-2019)

a. Sample first-person notes prepared for the Department and post are shown in 5 FAH-1 Exhibit H-612.1.

b. A first-person note is used for the most important correspondence.  First-person notes are prepared in the Department to be signed by the Secretary, Deputy Secretary, an under secretary, an assistant secretary, or a deputy assistant secretary (see the Executive Secretariat InfoLink Web site).

c. At post, first-person notes are used for correspondence between a chief of mission and the head of a foreign ministry or a foreign diplomatic mission.  When an embassy is notified by the foreign office that the head of the foreign ministry will be absent, the note should be addressed to the acting head of

the office, i.e., Acting Minister of Foreign Affairs, Acting Minister of Foreign Relations, etc.

# 5 FAH-1 H-612.2  Third-Person Notes

*(CT:CH-4;  07-31-2002)*

Third-person notes are not signed, but initialed in the lower right corner of the last page by an office director or higher in the Department.  At post the chief of mission must authorize the signing officer.  Drafters should keep the third-person note in the third person.  First person or second person pronouns (e.g., I, we, you, your) must not be used.  Drafters may use one of the following third-person notes according to content:

  (1)  Note Verbale;

  (2)  Memorandum;

  (3)  Aide-Memoire;

  (4)  Pro Memoria;

  (5)  Note Diplomatique;

  (6)  Note Collective; and

  (7)  Circular Diplomatic Note.

## 5 FAH-1 H-612.2-1  Note Verbale

*(CT:CH-56;  02-07-2019)*

a. A note verbale is an informal third-person note.  It is less formal than a first-person note but more formal than an aide-memoire (see samples in 5 FAH-1 Exhibit H-612.2-1A *through* Exhibit H-612.2-*1B).*

b. A note verbale to a foreign ambassador or head of a foreign ministry is begun with a diplomatic courtesy phrase.  The note is initialed, not signed, in the lower right corner of the last page by an office director or above, or an officer authorized by the chief of mission.

## 5 FAH-1 H-612.2-2  Memorandum

*(CT:CH-4;  07-31-2002)*

a. A memorandum is a written statement on any subject, generally of a routine nature, from the Department (not the Secretary of State to an ambassador) or post (not the ambassador or chargé).  It may also be written to a foreign embassy in Washington or to a foreign ministry or mission (see 5 FAH-1, Exhibit H-612.2-2A, and 5 FAH-1, Exhibit H-612.2-2B).

b. When preparing a memorandum, the drafter should identify the diplomatic mission in Washington in the first sentence. For example:

(1) "The Department (acknowledges receipt of, has received, etc.) (the note dated..., note no. ...dated...), from the Embassy of (name of country) ...;" and

(2) "The Department (informs, transmits to, etc.) the Embassy of (name of country) ... ."

c. At post a memorandum should begin with "The Embassy of the United States of America (informs, transmits, to, etc.) the Embassy Legation of (name of country) at (city)... ."

d. Drafters should not begin a memorandum from the Department with courtesy phrases. At post, drafters may begin with a formula of diplomatic courtesy or end with a complimentary diplomatic close only if it is the local custom.

e. The memorandum is initialed in the lower right corner on the last page by an office director or higher, or an officer authorized by the chief of mission.

## 5 FAH-1 H-612.2-3  Aide-Memoire

*(CT:CH-4;   07-31-2002)*

a. An aide-memoire summarizes an informal diplomatic interview or conversation and serves as an aid to memory. It does not begin with a courtesy phrase, but must clearly state in the first two lines the title of the ambassador or foreign official to whom it is addressed  (see 5 FAH-1, Exhibit H-612.2-3A, and 5 FAH-1, Exhibit H-612.2-3B).

b. When an aide-memoire is prepared in the Department, it is not signed, but initialed in the lower right corner of the last page of text.  An officer usually hands an aide-memoire to the ambassador (or representative).  It may also be sent through regular mail channels.

c. At post, the chief of mission (or representative) may hand the note to the foreign official or leave it at the foreign office.  An officer authorized by the chief of mission must initial the note in the lower right corner of the last page.

## 5 FAH-1 H-612.2-4  Pro Memoria

*(CT:CH-4;   07-31-2002)*

a. A pro memoria is a formal record of discussion.  It speaks for and under the direction of the government presenting it.  At the Department, it is usually handed to a foreign ambassador, minister (or representative).  The note is initialed in the lower right corner of the last page by an office director or higher (see 5 FAH-1, Exhibit H-612.2-4A, and 5 FAH-1, Exhibit H-612.2-4B).

b. At post the pro memoria is usually left at the foreign office by the chief of mission (or representative), or is handed to the foreign official (or representative).  An officer authorized by the chief of mission initials it in the lower right corner.

## 5 FAH-1 H-612.2-5  Note Diplomatique

*(CT:CH-4;  07-31-2002)*

A note diplomatique is a formal note between governments which speaks for and under the direction of the government presenting it.  A diplomatic courtesy phrase or complimentary close is not used.  A note diplomatique may be signed or initialed by a government representative from the Department or an officer authorized by the chief of mission at post (see 5 FAH-1, Exhibit H-612.2-5A, and 5 FAH-1, Exhibit H-612.2-5B).

## 5 FAH-1 H-612.2-6  Note Collective

*(CT:CH-4;  07-31-2002)*

a. A note collective is a joint note addressed by two or more governments to one or more governments.  It is rarely used since it involves close relations among the signing governments and may be regarded unfavorably by the recipient governments (see 5 FAH-1, Exhibit H-612.2-6A and 5 FAH-1, Exhibit H-612.2-6B).

b. Replies are prepared individually and diplomatic courtesy phrases are omitted.  The note collective requires a full signature, not initials, by representatives of the governments presenting it.

## 5 FAH-1 H-612.2-7  Circular Diplomatic Note

*(CT:CH-4;  07-31-2002)*

a. A circular diplomatic note is an identical note addressed to "Their Excellencies and Messieurs and Mesdames the Chiefs of Mission" if it is being sent to all diplomatic missions in Washington.  The courtesy phrase "has the honor" should be used on all circular diplomatic notes (see 5 FAH-1, Exhibit H-612.2-7A, and 5 FAH-1, Exhibit H-612.2-7B).

b. If the circular diplomatic note is being sent to a list of missions, a descriptive phrase is used in the first sentence following the words "the chiefs of mission."  For example:

  (1) "of the governments concerned with the..."; and

  (2) "of the governments of (list countries names)... ."

c. At post, the circular diplomatic note is addressed to "Their Excellencies Messieurs the Chiefs of Mission in (name of country)" or, "Their Excellencies, Messieurs and Mesdames the Chief of Mission in (name of country).

d. For a selective list of missions, one of the following descriptive phrases is used in the first sentence following the words "the Chiefs of Mission":

  (1) "of the governments concerned with the  ...";

  (2) "of the governments named on the enclosed list ...";

  (3) "of the governments signatory to ..."; and

(4)  "of the governments of  (names of countries) ... ."

e. In the Department, an office director or a higher level official must initial the circular diplomatic note in the lower right corner of the last page.

f.  At post, an officer authorized by the chief of mission must initial the circular diplomatic note.

# 5 FAH-1 H-613  DEMARCHES

## 5 FAH-1 H-613.1  General

*(CT:CH-4;  07-31-2002)*

a. A demarche is a formal diplomatic representation of one government's official position, views, or wishes on a given subject to an appropriate official in another government or international organization.  Demarches generally seek to persuade, inform, or gather information from a foreign government. Governments may also use a demarche to protest or object to actions by a foreign government.

b. A U.S. Government demarche to a foreign government is made on the basis of front-channel cable instructions from the Department of State. Although the content of a given demarche may originate in another U.S. Government agency, only the Department may also instruct a post to deliver the demarche.  Unless specifically authorized by the Department, posts should not act on instructions transmitted directly from another post, or from another agency, whether by cable or other means (e.g., e-mail, FAX, or phone).

c. Any State Department officer or other official under the authority of the chief of mission can make a demarche.  Unless the Department provides specific instructions as to rank (e.g., "the Ambassador should call on the Foreign Minister"), the post has discretion to determine who should make the presentation and which official(s) in the host government should receive it.

## 5 FAH-1 H-613.2  Preparation of the Demarche

*(CT:CH-4;  07-31-2002)*

Demarche instruction cables from the Department should include the following elements:

(1)  **OBJECTIVE:**  The objective is a clear statement of the purpose of the demarche, and of what the U.S. Government hopes to achieve.

(2)  **ARGUMENTS:**  This section outlines how the Department proposes to make an effective case for its views.  It should include a rationale for the U.S. Government's position, supporting arguments, likely counter-arguments, and suggested rebuttals.

(3) **BACKGROUND:** The background should spell out pitfalls; particular sensitivities of other bureaus, departments, or agencies; and any other special considerations.

(4) **SUGGESTED TALKING POINTS:** Suggested talking points should be clear, conversational, and logically organized. Unless there are compelling reasons to require verbatim delivery, the demarche instruction cable should make it clear that post may use its discretion and local knowledge to structure and deliver the message in the most effective way. ("Embassy may draw from the following points in making this presentation to appropriate host government officials.")

(5) **WRITTEN MATERIAL:** Use this section to provide instructions on any written material to be left with the host government official(s). Such material could take the form of an aide-memoire, a letter, or a "non-paper" that provides a written version of the verbal presentation (i.e., the talking points as delivered). Unless otherwise instructed, post should normally provide an aide-memoire or non-paper at the conclusion of a demarche. Classified aide-memoire or non-paper must be appropriately marked and caveated as to the countries authorized for receipt, i.e., Rel. U.K. (Releasable to U.K.)

# 5 FAH-1 H-613.3  Delivery and Follow-up Action

*(CT:CH-4;  07-31-2002)*

a. Upon receipt of demarche instructions from the Department, post should make every effort to deliver the demarche to the appropriate foreign government official(s) as soon as possible.

b. After delivering the demarche, post should report to the Department via front-channel cable. The reporting cable should include the instruction cable as a reference, but it need not repeat the talking points transmitted in that cable. It should provide the name and title of the person(s) to whom the demarche was made, and record that official's response to the presentation. As appropriate, the reporting cable should also describe any specific follow-up action needed by post, Department, or the foreign government.

# 5 FAH-1 H-613.4  Demarche Requiring Translation

*(CT:CH-56;  02-07-2019)*

a. When posts have been instructed to provide a copy of a message (usually in the form of a demarche) in a specific foreign language, the drafting officer is to submit the text to the Office of Language Services (A/OPR/LS).

b. A/OPR/LS is available to translate Demarches intended for Arabic, French, Russian and Spanish speaking countries, in Washington before the message is transmitted to post *(see Department Notice Announcement Number: A/OPR/LS 2000-09-009, dated September 5, 2000).*

c. The following guidelines apply to Demarches requiring translation:

(1) Drafters must give A/OPR/LS sufficient lead-time to prepare quality translations.

(2) Drafting offices should provide relevant background information to facilitate the translation.

(3) Drafting offices must send messages produced in Cyrillic or Arabic by FAX or e-mail; *the current telegraphic network will not support text in these languages*.

(4) Drafters should provide instructions regarding classification and sensitivity of issue.

(5) Drafting offices should provide the date required, name of drafter and phone number, in case any questions arise.

# 5 FAH-1 H-614  THROUGH H-619 UNASSIGNED

# 5 FAH-1 EXHIBIT H-611
## Diplomatic Terms

*(CT:CH-4;   07-31-2002)*

**Agreement**—See Treaty.

**Agrement**—Official approval by a foreign government of an ambassador-designate.

**Aide-memoire**—A diplomatic note  (see 5 FAH-1 H-600, Diplomatic Notes).  An informal summary of a diplomatic interview or conversation that serves merely as an aid to memory.  It does not begin with a formula of courtesy, but it must indicate clearly in the first two lines to which ambassador, minister, or mission it is being addressed.  Usually left at the foreign office by the ambassador or minister concerned (or representative), or handed to the ambassador or minister concerned (or representative) at the foreign office.

**Alternat**—The principle of the "alternat" refers to the arrangement of the names of countries that are party to a treaty.  Each country retains an original instrument in which its name appears first.

**Ambassador**—

(1) Ambassador-designate—A diplomatic agent who has been designated by the head of state as personal representative, and approved by the foreign head of state but who has not presented copies of our credentials to the foreign ministry.

(2) Appointed Ambassador—A diplomatic agent who has been designated by the head of state as personal representative, approved by the foreign

head of state, and who has presented copies of credentials to the foreign ministry.

(3) Ambassador Extraordinary and Plenipotentiary—A diplomatic agent:  the personal representative of the head of one state accredited to the head of another state.  The ambassador extraordinary designation ordinarily given to a non-accredited personal representative of the head of state.

**Asylum**—There are two different types of asylum, one is generally known as diplomatic asylum, the other as territorial or political asylum.  Diplomatic asylum usually refers to asylum in embassies and legations by persons in imminent danger of life or limb—a practice that the United States does not generally follow.  Territorial or political asylum has to do with persons taking refuge, usually for reasons of persecution, in the territory of another country.

**Chancery**—A term used to designate the office of an embassy or legation.

**Chargé d'Affaires (de missi)**—A person accredited by letter to the secretary of state or minister for foreign affairs of one country by the secretary of state or minister for foreign affairs of another country, in place of a duly accredited ambassador or minister.  The complete title is seldom used.  It is customarily shortened to chargé d'affaires.

**Chargé d'Affaires ad interim**—Usually the counselor or secretary of the embassy or legation, who automatically assumes charge of a diplomatic mission in the temporary absence of an ambassador or minister.  The words "ad interim" should not be omitted from this title, except in a salutation.  A chargé d'affaires ad interim who has the personal rank of minister plenipotentiary is addressed the same as other chargé d'affaires ad interim.  The ministerial rank is personal and has no connection with the diplomatic status of chargé d'affaires ad interim.  Such a personal ministerial title may follow a name but it should come before an official diplomatic title.

**Chargé des Affairs**—-Sometimes used to describe a person who has been placed in custody of the archives and other property of a mission in a country with which formal diplomatic relations are not maintained.

**Circular diplomatic notes**—Identical notes addressed to "Their Excellencies Messieurs and Mesdames the Chiefs of Mission" (see 5 FAH-1 H-600, Diplomatic Notes).

**Cold War**—Conflict between nations by means of power politics, economic pressures, spy activities, or hostile propaganda but without engagement by arms.

**Compromis** (sometimes called Compromis d'arbitrage)—A formal agreement between two or more countries setting forth the terms of an arbitration between them.

**Convention**–See Treaty.

**Corps Diplomatique**—See Diplomatic Corps.

**Declaration**—See Treaty.

**Delegation**—A group of persons appointed to an international conference, commission, or organization.

**Demarche**– A formal diplomatic representation of one government's official position, views, or wishes on a given subject to an appropriate official in another government or international organization.

**Détente**—Relaxing, easing of tension.

**Diplomacy**—The art and practice of conducting negotiations between nations.

**Diplomatic Agent**—A person who carries on regular diplomatic relations in the country to which the agent has been appointed; an agent representing a sovereign or state for some special purpose.

**Diplomatic Corps**—The collective heads of foreign diplomatic missions and their staffs within the capital of a country.

**Diplomatic Correspondence**—Official correspondence between the agents authorized by a state to conduct its foreign relations either at home or abroad, with similarly authorized representative of foreign governments.

**Eloignement**—Estrangement; distance; remoteness; dislike.

**Envoy**—A diplomatic agent.  A special envoy is one designated for a particular purpose, such as the conduct of special negotiations and attendance at coronations, inaugurations, and other state ceremonies of special importance.  The designation is temporary.

**Envoy Extraordinary**—A Diplomatic agent.

**Envoy Extraordinary and Minister Plenipotentiary**—A diplomatic agent accredited to a government.

**Exequaturs**—Documents that are issued to consuls by the governments to which they are sent, permitting them to carry on their duties.

**Extraterritoriality**—Special jurisdiction exercised by a nation in other countries under treaty.

**Final act**—The designation of the formal statement or summary of the proceedings of a conference.

**Full powers**—A document, issued by a head of state, head of government, or minister of foreign affairs, empowering a diplomatic agent or representative to conduct special business with a foreign government, such as drawing up and signing a treaty.

**General Act**—See Treaty.

**Good offices**—Mediatory services by a third party intended to promote agreement or arbitration between two parties.

**Great Seal**—The Seal of the United States (always capitalized; affixed only under authorization of the President to commissions of appointment and certain documents signed by the President).

**Identic**—Constituting an action or expression in which two or more governments follow precisely the same course or employ an identical form distinguished from joint action or expression.

**Immunity**—Exemption of foreign diplomatic representatives from local jurisdiction.

**International conference**—A meeting of delegates from several countries.

**Letter of credence**—A formal paper from the head of one state to the head of another accrediting an ambassador, minister, or other diplomatic agent as one authorized to act for a government or head of state.

**Letter of recall**—Formal paper from the head of one state to the head of another recalling ambassador, minister, or diplomatic agent.

**Mandate**—An order to control a territory under international agreement.

**Memorandum (pl., memorandums)**—A written statement on any subject, generally routine, from the Department of State or ministry of foreign affairs to an embassy or legation (not from the Secretary of State or minister for foreign affairs to an ambassador, minister, or chargé d'affaires ad interim).

**Minister**—A diplomatic representative ranking below an ambassador and usually accredited to states of less importance.

**Mission**—A general term for a commission, delegation, embassy, or legation.

**Modus** Vivendi (pl., modi vivendi)—A temporary arrangement between two sovereignties providing for the conduct of certain affairs pending negotiations for a treaty.

**National**—A comprehensive term indicating a citizen of a state or any other person who owes allegiance to and is entitled to the protection of a state.

**Non-paper**—A written summary of a demarche or other verbal presentation to a foreign government.  The non-paper should be drafted in the third person, and must not be directly attributable to the U.S. Government.  It is prepared on plain paper (no letterhead or watermark).  The heading or title, if any, is simply a statement of the issue or subject.  (For example:  "Genetically-Modified Organisms.")

**Open-door policy**—Equality of commercial opportunity for all nations in a country to which the doctrine is applied.

**Passport**—In international law, an official document issued to an individual by the individual's own government certifying to the individual's citizenship and requesting foreign governments to grant safe and free passage, lawful aid, and protection while under their jurisdiction.

**Persona non grata** (pl., personae non gratae)—One who is not acceptable.

**Power**—A synonym for sovereign state.

**Precedence**—The order of ceremonial or formal preference.

**Pro memoria** (sing., pl.)—A formal note embodying the written record of a diplomatic discussion.  It is usually left at the foreign office by the ambassador or minister concerned (or representative), or is handed to the ambassador or minister concerned (or representative) at the foreign office.

**Protocol of deposit**—To record formally the deposit of a sufficient number of ratifications to bring a multilateral treaty into force.

**Protégé**—A native of one country who is, under treaty, protected by another government in whose employ the native may be.

**Protocol**—A term applied to diplomatic formalities (official ceremonials, precedence, immunities, privileges, courtesies, etc.) (see also Treaty).

**Protocol of exchange**—Document stating that on a given day the instruments of ratification were exchanged in connection with a bilateral treaty.

**Rapprochement**—Establishment or state of cordial relations; also, the act of coming or being drawn together.

**Ressortissants**—The term included U.S. citizens, nationals, and protected persons, the latter being those subjects of the Sultan of Morocco who, under the treaties, were entitled to the protection of the United States.

**Treaty, Convention, Agreement**, General Act, Declaration, Protocol, Exchange of Notes, Memorandum of Understanding—Compacts between states or governments, varying in form according to their formality and the method of bringing them into force.  (For information regarding negotiations of treaties and other international agreements, see Volume 11, Political Affairs.)

**Ultimatum**—A communication to one government in which another government sets forth a final proposition, condition, or demand the rejection of which will end negotiations and resort to force or other direct action.

**Visa**—In international law, an endorsement made on a passport by the proper officials of a foreign country, denoting that it has been examined and that the holder may enter the country; also a document issued permitting entry into a country for permanent residence.

**Voeu** (French)—An official expression by an international conference of a wish or a hope, often in the form of a resolution; a proposal or recommendation made by a country to an international body or conference.

# 5 FAH-1 EXHIBIT H-612.1(A)
# First-Person Formal Note to Ambassador— Department
### *(CT:CH-04:  07-31-2002)*



(omit date)

DEPARTMENT OF STATE
WASHINGTON

(omit date)

Prepare formal notes on 8 ½" x 11" paper.  For the first page, use embossed white-seal, "Department of State Washington" Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper.  Use a 1 ½ inch margin on the left, and at least 1 inch on the right.  Leave at least 1 inch at the bottom.

Begin the first sentence with the courtesy phrase, "I have the honor," when writing to a foreign ambassador.

Direct questions regarding the exact title to the Secretariat Correspondence Officer, Room 7512.  Submit first-person notes to the Secretariat Correspondence Officer in an original and three (3) copies with initials and drafting information on copies only.  See the Executive Secretariat InfoLink Web site.

Use the complimentary diplomatic close, "Accept, Excellency, the renewed assurances of my highest consideration," as the last paragraph.

For the Secretary of State:

(Pen signature)

Enclosure:

Translation of Decree

His (Her) Excellency

(name),

Ambassador of (country).

**DIPLOMATIC NOTE**

# 5 FAH-1 Exhibit H-612.1(B)
# First-Person Formal Note to Ambassador—Embassy

*(CT:CH-04:  07-31-2002)*

EMBASSY OF THE
( white ) UNITED STATES OF AMERICA
embossed
seal   December 27, 2001

Excellency:

Prepare formal notes on 8 ½" x 11" paper.  For the first page, use embossed white-seal blue-embossed "Embassy of the United States of America" letterhead.  For succeeding pages, use white bond paper.  Use a 1 ½ inch margin on the left, and at least 1 inch on the right.  Leave at least 1 inch at the bottom.

Begin the first sentence with the courtesy phrase, "I have the honor," when writing to a foreign ambassador.

Use photocopies on 8 ½" x 11" paper for all other copies.  Place drafting and clearing information on file copies only.

Use the complimentary diplomatic close, "Accept, Excellency, the renewed assurance of my highest consideration," as the last paragraph.


(Pen signature)

Enclosure(s):

(describe)

His (Her) Excellency

(name),

Ambassador of (country).


A/EX:ADoe:ab 12/26/02        Clearance: A/IAP:WJones
                                    X1234

# 5 FAH-1 Exhibit H-612.1(C)
# First-Person Formal Note to Chargé—Department

*(CT:CH-29;   05-20-2013)*

white
embossed
seal                          (omit date)

DEPARTMENT OF STATE

WASHINGTON

Sir (Madam):

Prepare formal notes on 8 ½" x 11" paper.  For the first page, use embossed white-seal "Department of State Washington" Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper.  Use a 1 ½ inch margin on the left, and at least 1 inch on the right.  Leave at least 1 inch at the bottom.

Do not use the courtesy phrase "I have the honor" when writing to a chargé d'affaires.  Submit first-person notes to the Secretariat Correspondence Officer in an original and three (3) copies with initials and drafting information on copies only.  See the Executive Secretariat InfoLink Web site.

When a chargé d'affaires has the rank of minister plenipotentiary, use a personal title, but address the official as "The Honorable."

Use the complimentary diplomatic close, "Accept, Sir (Madam), the renewed assurances of my high consideration," as the last paragraph.

For the Secretary of State:

(Pen signature)

Enclosure(s):

     (describe)

Mr. (Miss, Mrs., Ms.) (name),

Chargé d'Affaires ad interim of(country).

A/LM:BMDoe:bc          Clearance:  M/OFM:WJones

12/26/02 x00000/doc# S/ES-S:Name

DIPLOMATIC NOTE

# 5 FAH-1 Exhibit H-612.1(D)
# First-Person Formal Note to Chargé—Embassy

*(CT:CH-04:  07-31-2002)*

EMBASSY OF THE

white                              UNITED STATES OF AMERICA

embossed

seal          November 15, 2002


Sir (Madam):

Prepare formal notes on 8 ½" x 11" paper.  For the first page, use white-seal, blue-embossed "Embassy of the United States of America" letterhead.  For succeeding pages, use white bond paper.  Leave a 1 ½ inch margin on the left, and at least 1 inch on the right.  Leave at least 1 inch at the bottom.

Use photocopies on 8 ½" x 11" paper for all other copies.

Do not use the courtesy phrase "I have the honor" when writing to a chargé d'affaires.  When a chargé d'affaires has the rank of minister plenipotentiary, use a personal title with the salutation, "The Honorable."

Use the complimentary diplomatic close, "Accept, Sir (Madam), the renewed assurances of my high consideration," as the last paragraph.

(Pen signature)

Enclosure(s):

(describe)

Mr. (Miss, Mrs., Ms.) (name),

Chargé d'Affaires ad interim of (country).


M/POL:ADDoe:ab 11/14/02   Clearance:  M/EX:WJones

x3456

# 5 FAH-1 Exhibit H-612.1(E)
# First-Person Formal Note to a Foreign Cabinet Minister—Embassy

*(CT:CH-04:  07-31-2002)*



EMBASSY OF THE

UNITED STATES OF AMERICA

embossed

December 13, 2002


Excellency:

Prepare formal notes on 8 ½" x 11" paper.  For the first page, use white-seal, blue-embossed "Embassy of the United States of America" letterhead.  For succeeding pages, use white bond paper.  Leave a 1 ½ inch margin on the left, at least 1 inch on the right, and at least 1 inch at the bottom.

Begin the first sentence of the note with the courtesy phrase, "I have the honor," when writing to a foreign cabinet minister.

Use photocopies on 8 ½" x 11" paper for all other copies.  Place drafting and clearing information on file copies only.

Use the complimentary diplomatic close, "Accept, Excellency, the renewed assurances of my highest consideration," as the last paragraph.


(Pen signature)

Enclosure(s):

(describe)

His (Her) Excellency

(name),

Minister of (name of portfolio, i.e., Defense, Trade, etc.)

of (country),

(capital).

A/LM:BFDoE:ab 12/12/02      Clearance:  A/EX:WJones

x3456

# 5 FAH-1 Exhibit H-612.1(F)
# First-Person Formal Note to Foreign Minister—Department

*(CT:CH-04:  07-31-2002)*



white

embossed

seal

(omit date)

DEPARTMENT OF STATE

WASHINGTON

Excellency:

Prepare formal notes on 8 ½" x 11" paper.  For the first page, use embossed white-seal "Department of State Washington" Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper.  Leave a 1 ½ inch margin on the left, at least 1 inch on the right. Leave at least 1 inch at the bottom.

Begin the first sentence with the courtesy phrase, "I have the honor," when writing to a minister of foreign affairs.

Direct questions regarding the exact title to the Secretariat Correspondence Officer, Room 7512.  Submit first-person notes to the Secretariat Correspondence Officer in an original and three (3) copies with initials and drafting information on copies only.  See the Executive Secretariat InfoLink Web site.

Use the complimentary diplomatic close, "Accept, Excellency, the renewed assurances of my highest consideration," as the last paragraph.

For the Secretary of State:

   (Pen signature)

Enclosure(s):

1.   Translation of Decree
2.   Copy of Secretary's Letter of (date)
     His (Her) Excellency (name),
     Minister of Foreign Affairs of (Country),(Capital).
                    DIPLOMATIC NOTE

# 5 FAH-1 Exhibit H-612.1(G)
# First-Person Formal Note to Foreign Minister —Embassy

*(CT:CH-04:  07-31-2002)*



EMBASSY OF THE

white

embossed

UNITED STATES OF AMERICA

seal San Jose, November 28, 2002

Excellency:

Prepare formal notes on 8 ½" x 11" paper.  For the first page, use white-seal, blue-embossed "Embassy of the United States of America" letterhead.  For succeeding pages, use white bond paper.  Use a 1 ½ inch margin on the left, and at least 1 inch on the right.  Leave at least 1 inch at the bottom.

Begin the first sentence with the courtesy phrase, "I have the honor," when writing to a minister of foreign affairs (in some countries, the title "Secretary of State for External Affairs" or "Minister of Foreign Relations" is used).

Use photocopies on 8 ½" x 11" paper for all other copies.  Place drafting and clearing information on file copies only.

Use the complimentary diplomatic close, "Accept, Excellency, the renewed assurance of my highest consideration," as the last paragraph.


(Pen signature)

Enclosure(s):

(describe)

His (Her) Excellency

(name),

Minister of Foreign Affairs of (country),

(capital).

A/LM/EX:MDoe:ab 11/27/02  Clearance: A/DCP:WJones

X1234

# 5 FAH-1 Exhibit H-612.2-1(H)
# Third-Person Note, Note Verbale—Department

*(CT:CH-29;   05-20-2013)*



white
embossed
seal

For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

The opening sentence begins with the standard courtesy language, "The Secretary of State presents his (her) compliments to His (Her) Excellency the Ambassador of (country) and has the honor to…".  Use the courtesy phrase "has the honor," when writing to a foreign ambassador, but do not use "has the honor" for a foreign chargé d'affaires ad interim.  See examples in 5 FAH-1 H-625.2.

Do not use first-person or second-person pronouns in a third-person note.  Do not use a complimentary diplomatic close in a note verbale.

An authorized officer initials the note in the lower right corner of the last page of the text.  After initialing, send it for review to the Secretariat Correspondence Officer, Room 7512, with the record copy, one courtesy copy (without initials), and three (3) copies with initials.  S/ES-S will forward the note to A/GIS/IPS-RM, 6th Floor, SA-2 for dating and mailing.  If the note will be handed to the foreign representative, attach a memorandum giving the name and number of a point of contact before submitting the note to S/ES-S.  The note will be picked up and taken to A/GIS/IPS-RM for dating before it is given to the representative.

Place drafting and clearing information on file copies only.

Enclosure(s):

(describe)

Department of State,

Washington, (omit date).

         initials

A/LM:FCook:jj     Clearance:
12/27/02 x7000/doc#  S/ES-S:Name

DIPLOMATIC NOTE

# 5 FAH-1 Exhibit H-612.2-1(I)
# Third-Person Note, Note Verbale—Embassy

*(CT:CH-29;   05-20-2013)*



white
embossed
seal

For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11")

A note verbale is more formal than an aide-memoire, and less formal than a first-person note.

Use the courtesy phrase "the Ambassador of the United States presents his (her) compliments to His (Her) Excellency the Minister of Foreign Affairs of (country) and has the honor. . . ."  (In some countries, the title "Secretary of State for External Affairs" or "Minister of Foreign Relations" is used).

Do not use a complimentary close in the note verbale.

The note is initialed, not signed, in the lower right corner of the last page of the text by an authorized officer.

Show drafting and clearance information on file copies only.

Enclosure(s):

(describe)

Embassy of the United States of America,

(capital), (date).

     initials


IRM/APR/RG:FCook:jj   Clearance:

11/8/02/x7000/doc#    S/ES-S:Name

# 5 FAH-1 Exhibit H-612.2-2(A)
# Third-Person Note, Memorandum—Department

*(CT:CH-29;   05-20-2013)*



white

embossed

seal

For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

Do not use a diplomatic courtesy phrase in a memorandum.  Indicate clearly in the first sentence the diplomatic mission in Washington to which the memorandum is being sent.  There is some flexibility in the working of the opening sentence.  See examples in 5 FAH-1 H-625.2g.

Reply to an incoming note in the same form as the note that is received.  When the incoming note combines two forms, the form of reply is determined by the first words of the note received.  Use a note verbale for the reply when the note begins, "The Ambassador (Chargé d'Affaires ad interim). . ."  If it begins, "The Embassy. . .," use a memorandum form.

The memorandum is initialed, not signed, in the lower right corner of the last page of the text by an Office Director or higher.  After initialing, send it for review to the Secretariat Correspondence Officer, Room 7512, with the record copy, one courtesy copy without initials, and three (3) copies with initials.  S/ES will forward it to A/GIS/IPS-RM, 6th Floor, SA-2 for dating and mailing.

Place drafting and clearance information on file copies only.

Enclosure(s):

(describe)

Department of State,

Washington, (omit date).

initials

DIPLOMATIC NOTE

# 5 FAH-1 Exhibit H-612.2-2(B)
# Third-Person Diplomatic Note, Memorandum—Embassy

*(CT:CH-29;   05-20-2013)*



For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

Do not use a diplomatic courtesy phrase in a memorandum.  At post, drafters may begin with a formula of diplomatic courtesy or end with a complimentary diplomatic close only if it is the local custom.  A memorandum to a foreign ministry begins with the formula, "The Embassy of the United States of America informs (transmits to) the Ministry of Foreign Affairs of (country). . ."

A memorandum to a foreign diplomatic mission begins: "The Embassy of the United States of America informs (transmits to) the Embassy (Legation) of (country) at (city). . ."

The memorandum is initialed, not signed, in the lower right corner of the last page of the text by an authorized signing officer.

Show drafting and clearance information on file copies only.

Enclosure(s):

    (describe)

Embassy of the United States of America,

    (capital), (omit date).

IRM/APR/RG:AJones:sec                    Clearance:
12/12/02/ x5678                          IRM/APR:WSmith
                                         S/ES-S:name


**DIPLOMATIC NOTE**


# 5 FAH-1 EXHIBIT H-612.2-3(A)
# Third-Person NOTE, Aide Memoire—Department
### (CT:CH-29;   05-20-2013)




### AIDE-MEMOIRE

For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

Center the heading "AIDE-MEMOIRE" on the page, three lines below the seal.  Begin the text of the note three lines below the heading.

Do not use the courtesy phrase "has the honor" or a complimentary close in an aide-memoire.  Indicate clearly in the first sentence the ambassador or diplomatic mission in Washington to which it is being sent.

Do not use a first- or second-person pronoun in a third-person note.

The note is initialed, not signed, in the lower right corner of the last page of text by an authorized signing officer.  After initialing, send it for review to the Secretariat Correspondence Officer, S/ES-S Room 7512.  Submit an original and three (3) initialed copies.  An aide-memoire is usually handed to the foreign ambassador (or representative) at the Department.  Attach a memorandum giving the name and number of a point of contact before submitting it to S/ES-S.  Take the note to A/GIS/IPS-RM, 6th Floor, SA-2 for dating before it is handed to the foreign representative.

Enclosure(s):

   (describe)

Department of State,

Washington, (omit date).

initials

WHA:AB:FCook:cm
11/4/02/x77700

Clearance:
 XYZ/C:ASmith
 M:DMJones

## DIPLOMATIC NOTE

# 5 FAH-1 EXHIBIT H-612.2-3(B)
# Third-Person Note, Aide Memoire—Embassy

### (CT:CH-4;   07-31-2002)



### AIDE-MEMOIRE

For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

Center the heading "AIDE-MEMOIRE" on the page, three lines below the seal.  Begin the text of the note three lines below the heading.

Do not use the courtesy phrase "has the honor" or a complimentary close in an aide-memoire.  Indicate clearly in the first sentence the ambassador or diplomatic mission in Washington to which it is being sent.

Do not use a first- or second-person pronoun in a third-person note.

The note is initialed, not signed, in the lower right corner of the last page of text by an authorized signing officer.  The chief of mission (or representative) may hand it to the foreign office official (or representative) or may leave it at the foreign office.

Place drafting and clearing information on file copies only.

Enclosure(s):

  (describe)

Embassy of the United States of America,

 (capital), (omit date).

 initials

WHA:AB:FCook:cm                          Clearance:
12/5/02/x77700                           XYZ/C:ASmith


**DIPLOMATIC NOTE**


# 5 FAH-1 EXHIBIT H-612.2-4(A)
# Third-Person Note, Pro Memoria—Department

*(CT:CH-29;   05-20-2013)*




PRO-MEMORIA

For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

Center the heading "PRO-MEMORIA" on the page, three lines below the seal.  Begin the text of the note three lines below the heading.

The note may begin, for example, "The Government of the United States. . ."  Do not use the courtesy phrase "has the honor" or a complimentary diplomatic closing in a pro-memoria.

Do not use a first- or second-person pronoun in a third-person note.

The note is initialed in the lower right corner of the last page of text by an authorized signing officer.  After signing, or initialing, send it for review to the Secretariat Correspondence Officer, Room 7512, with the record copy, one courtesy copy (without initials), and three (3) copies with initials.  A pro memoria is usually handed to the foreign ambassador (or representative) at the Department.  Attach a memorandum giving a name and number to call before submitting the note to S/ES-S.  Take the note to A/GIS/IPS-RM for dating before it is given to the foreign representative.

Place drafting and clearing information on file copies only.

Enclosure(s):

   (describe)

Department of State,

   Washington, (omit date).

                                                       initials

WHA:AB:FCook:cm          Clearance:

11/21/02/x77700             XYZ/C:ASmith

                                  S/ES-S:Name

**DIPLOMATIC NOTE**

# 5 FAH-1 EXHIBIT H-612.2-4(B)
# Third-Person Note, Pro Memoria—Embassy

*(CT:CH-4;   07-31-2002)*



PRO-MEMORIA

    For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

    Center the heading "PRO-MEMORIA" on the page, three lines below the seal.  Begin the text of the note three lines below the heading.

    The note may begin, for example, "The Government of the United States. . ."  Do not use the courtesy phrase "has the honor" or a complimentary close.

    Do not use a first- or second-person pronoun in a third-person note.

    The note is initialed in the lower right corner of the last page of text by an authorized signing officer.  The chief of mission (or representative) may hand it to the foreign office official (or representative) at the foreign office.

Enclosure(s):

   (describe)

Embassy of the United States of America,

   (capital), (omit date).


                                           initials

WHA:AB:FCook:cm                     Clearance:
11/7/02/x77700                      XYZ/C:ASmith


**DIPLOMATIC NOTE**


# 5 FAH-1 EXHIBIT H-612.2-5(A)
# Third-Person Note,
# Note Diplomatique—Department

*(CT:CH-29;   05-20-2013)*



For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

A note diplomatique is a formal note between governments.  It may begin, for example, "the Government of the United States. . ."  Do not use the courtesy phrase "has the honor" or a complimentary close in a note diplomatique.

Do not use a first- or second-person pronoun in a third-person note.

The note is initialed in the lower right corner of the last page of text by an authorized officer.  After initialing, send it for review to the Secretariat Correspondence Officer, Room 7512, with the record copy, one courtesy copy without initials, and three (3) copies with initials.  A note diplomatique is handed to the foreign ambassador (or representative) at the Department.  Attach a

memorandum giving a name and number of a point of contact to call before submitting the note to S/ES-S.  Take the note to A/GIS/IPS-RM for dating before it is given to the foreign representative.

Place drafting and clearing information on file copies only.

Enclosure(s):

(describe)


Department of State,

Washington, (omit date).

initials

WHA:AB:FCook:cm                    Clearance:
11/14/02/x77700                         XYZ/C:ASmith
                                               S/ES-S:Name

**DIPLOMATIC NOTE**


# 5 FAH-1 EXHIBIT H-612.2-5(B)
# Third-Person Note,
# Note Diplomatique—Embassy

*(CT:CH-4;   07-31-2002)*





For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

A note diplomatique is a formal note between governments.  It may begin, for example, "the Government of the United States. . ."  Do not use the courtesy phrase "has the honor" or a complimentary close in a note diplomatique.

Do not use a first- or second-person pronoun in a third-person note.

The note is initialed in the lower right corner of the last page of text by an authorized signing officer.  The chief of mission (or representative) may hand it to the foreign office official (or representative) at the foreign office.


Enclosure(s):

   (describe)


Embassy of the United States of America,

   (capital), (omit date).


                                                               initials

   WHA:AB:FCook:cm                    Clearance:
   12/6/02/x77700                     XYZ/C:ASmith


### DIPLOMATIC NOTE


# 5 FAH-1 EXHIBIT H-612.2-6(A)
# Third-Person Note, Note Collective—Department

*(CT:CH-29;   05-20-2013)*

For the first page and for succeeding pages, use white bond paper (8 ½" x 11").

A collective note, generally referred to as a joint note, is addressed to two or more governments from one or more governments.  Do not use the courtesy phrase "has the honor" or a complimentary diplomatic closing in a note collective.

Do not use a first- or second-person pronoun in a third-person note.

Address individual replies to each government listed on the incoming collective note.

The note is signed, not initialed, on the last page of the text by the representatives of the governments presenting it.

Place drafting and clearing information on file copies only.

                            For the United States of America:

(Full Signature)                    (name of representative)

                                    For Great Britain:

                                     (name of representative)

                                    For France:

                                     (name of representative)

Enclosure(s):
    (describe)


Department of State,
        Washington, (omit date).


    WHA:AB:FCook:cm                    Clearance:
    11/15/02/x77700                     XYZ/C:Asmith
                                        S/ES-S:Name


# 5 FAH-1 EXHIBIT H-612.2-6(B)
# Third-Person Note, Note Collective—Embassy

## (CT:CH-4;  07-31-2002)

For the first page and for succeeding pages, use plain white bond paper (8 ½" x 11").

A collective note, generally referred to as a joint note, is addressed to two or more governments. Do not use the courtesy phrase, "has the honor" or a complimentary diplomatic closing in a note collective.

Do not use a first- or second-person pronoun in a note collective.

The note is signed, not initialed, on the last page of the text by the representatives of the governments presenting the note.

Place drafting and clearing information on file copies only.


                                    For the United States of America:


(Full Signature)                    (name of representative)

For Great Britain:

(name of representative)

For France:

(name of representative)

Enclosure(s):
   (describe)

(capital), (date).

# 5 FAH-1 EXHIBIT H-612.2-7(A)
# Third-Person Note, Circular Diplomatic Note—Department

*(CT:CH-29;   05-20-2013)*



For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11"). For succeeding pages, use white bond paper (8 ½" x 11").

Use the courtesy phrase, "has the honor" in a circular diplomatic note. If it is to be sent to all diplomatic missions in Washington, begin with, "The Secretary of State presents his/her compliments to Their Excellencies, Messieurs and Mesdames the Chiefs of Mission and has the honor to. . ."

If the note is to be sent to a selected list of missions, use a descriptive phrase in the first sentence following the words "The Chiefs of Mission."

Send the record copy to interested offices for clearances. Date the original and record copy before sending to S/ES-S. Prepare a Form DS-5, Requisition for Publishing, Reproduction, and Distribution Services, indicating the number of copies, including extras, for distribution.

Prepare the list of missions to receive the note and send this list, the original note, and the record copy to the Secretariat Correspondence Officer, S/ES-S, Room 7512, for review and forwarding to A/GIS/IPS-RM, 6th Floor, SA-2

for processing.  The reproduced copies of the note and list will be returned to the drafting office by A/GIS/IPS-RM for assembling and mailing.  Upon request, A/GIS/IPS-RM will prepare labels.

> Do not use the complimentary close on a circular diplomatic note.

> Place drafting and clearing information on file copies only.

Enclosure(s):
(describe)

Department of State,

   Washington, (omit date).                                          Initials

   WHA:AB:FCook:cm                             Clearance:
   12/28/02/x77700                                 XYZ/C:Asmith
                                     S/ES-S:Name

### DIPLOMATIC NOTE

# 5 FAH-1 EXHIBIT H-612.2-7(B)
# Third-Person Note, Circular Diplomatic Note— Embassy

*(CT:CH-4;   07-31-2002)*



For the first page, use embossed white-seal Diplomatic Note stationery (8 ½" x 11").  For succeeding pages, use white bond paper (8 ½" x 11").

Use the courtesy phrase, "has the honor" in a circular diplomatic note.  If it is to be sent to a selected list of missions, use the descriptive phrase in the first sentence following the words, "The Chiefs of Mission."

Do not use first- or second-person pronouns in a third-person note.

The note is initialed, not signed, in the lower right corner by an authorized signing officer.  Do not use a complimentary close on a circular diplomatic note.

Enclosure(s):
1.   List of missions.
2.   Number and describe other enclosures.


Embassy of the United States of America,
     (capital), (omit date).

                                                        Initials

     M/POL:AJones:sec                    Clearance:
     11/8/02/x77700                      ECON:Wsmith

                        **DIPLOMATIC NOTE**


                        **UNCLASSIFIED (U)**