# EXHIBIT

# B

CLASSIFICATION: UNCLASSIFIED
Page 1 of 2

From: SMART Archive
Sent: 10/20/2017 4:24:49 PM
To: SMART Core
Subject: Immunity Waiver Request for Jaliya Wickramasuriya

UNCLASSIFIED
SBU



| | |
|---|---|
| MRN: | 17 STATE 106114 |
| Date/DTG: | Oct 20, 2017 / 202024Z OCT 17 |
| From: | SECSTATE WASHDC |
| Action: | COLOMBO, AMEMBASSY ROUTINE |
| E.O.: | 13526 |
| TAGS: | OFDP, CJAN, LK |
| Captions: | SENSITIVE |
| Subject: | Immunity Waiver Request for Jaliya Wickramasuriya |

1. (U) This is an action request. Please see paragraph 3.

Background

2. (SBU) The Sri Lankan Police Financial Crimes Investigations Division arrested former Ambassador of Sri Lanka to the United States Jaliya Wickramasuriya on November 16, 2016 for misappropriation of funds in the course of the purchase of a building for the Sri Lankan embassy in Washington during his tenure there. He was released on bail on March 17, 2017 and subsequently traveled for medical treatment in the United States, where he presently remains. U.S. investigators have questioned Wickramasuriya in connection with the alleged misappropriation. The attached immunity waiver request is to facilitate prosecution by the U.S. Attorney's Office in Washington, DC.

Action Request

3. (SBU) The Department requests Embassy Colombo deliver the attached request as a diplomatic note to appropriate host government officials at the earliest opportunity. Please slug responses to Jason Evans in SCA/NSB.

| | |
|---|---|
| Signature: | Tillerson |
| Drafted By: | SCA/NSB:Evans, Jason D |
| Cleared By: | L/DL:Azar, Henry A |
| | L/LEI:O'Connor, Elizabeth M |
| | SCA/NSB:Stilwell, Bradley |
| | USAODC: Faruqui, Zia M |
| Approved By: | SCA/NSB:Richelsoph, David N |
| Released By: | SCA_INSB:Evans, Jason D |

CLASSIFICATION: UNCLASSIFIED
Page 1 of 2

**CLASSIFICATION: UNCLASSIFIED**
Page 2 of 2

| **Attachments:** | dip note.docx |
| --- | --- |
| **Dissemination Rule:** | Archive Copy |

<u>**UNCLASSIFIED**</u>
SBU

[complimentary opening]

The Embassy wishes to call the attention of the Ministry of Foreign Affairs to the investigation of Jaliya Chithran Wickramasooriya, presently pending in United States District Court for the District of Colombia.

As the Ministry is aware, Mr. Wickramasooriya, former Ambassador to the United States, is under investigation for the misappropriation, theft, and embezzlement of public funds by a public official and the related laundering of those funds. The Embassy has been informed that U.S. law enforcement authorities maintain that during the 2013 purchase of the Sri Lankan Embassy in Washington, D.C., Mr. Wickramasooriya falsely inflated the sales price of the embassy by approximately $332,000. They further stipulate that he then laundered these funds via shell companies, all in violation of the U.S. money laundering and wire fraud laws. The United States Attorney's Office has asked the Department of State to request the assistance of the Government of the Democratic Socialist Republic of Sri Lanka.

Accordingly, the Embassy requests that the Ministry waive, via diplomatic note, any immunity (including but not limited to testimonial immunity and immunity from the criminal, administrative, and civil jurisdiction of the United States) that Mr. Wickramasooriya might otherwise enjoy with regard to the investigation described above.

[complimentary closing]