# EXHIBIT

# C

CLASSIFICATION: UNCLASSIFIED
Page 1 of 1

From: SMART Archive
Sent: 10/23/2017 4:02:56 AM
To: SMART Core
Subject: Sri Lanka: Immunity Waiver Request for Jaliya Wickramasuriya Delivered

UNCLASSIFIED
SBU



| | |
|---|---|
| MRN: | 17 COLOMBO 748 |
| Date/DTG: | Oct 23, 2017 / 230802Z OCT 17 |
| From: | AMEMBASSY COLOMBO |
| Action: | WASHDC, SECSTATE ROUTINE |
| E.O.: | 13526 |
| TAGS: | PGOV, PREL, LK, OFDP, CJAN |
| Captions: | SENSITIVE |
| Reference: | 17 STATE 106114 |
| Pass Line: | SCA/NSB JASON EVANS |
| Subject: | Sri Lanka: Immunity Waiver Request for Jaliya Wickramasuriya Delivered |

(SBU) On October 23, Post delivered reftel dipnote (attached) to Mahishini Colonne, Director General for U.S. and UN Affairs at the Sri Lankan Ministry of Foreign Affairs. Post will report any additional response directly to SCA/NSB.

| | |
|---|---|
| Signature: | KESHAP |
| Drafted By: | COLOMBO:Billingsley, Kelly |
| Cleared By: | POL:Billingsley, Kelly A (Colombo) |
| Approved By: | POL:Billingsley, Kelly A (Colombo) |
| Released By: | COLOMBO:Billingsley, Kelly A (Colombo) |
| Info: | Evans, Jason D ROUTINE |
| Attachments: | Dipnote 756 - Immunity Waiver Request for Jaliya Wickramasuriya.pdf |
| Dissemination Rule: | Archive Copy |

UNCLASSIFIED
SBU

CLASSIFICATION: UNCLASSIFIED
Page 1 of 1

CLASSIFICATION: UNCLASSIFIED
Page 1 of 2

No. 756

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka and has the honor to call the attention of the Ministry of Foreign Affairs to the investigation of Jaliya Chithran Wickramasooriya, presently pending in United States District Court for the District of Colombia.

As the Ministry is aware, Mr. Wickramasooriya, former Ambassador to the United States, is under investigation for the misappropriation, theft, and embezzlement of public funds by a public official and the related laundering of those funds. The Embassy has been informed that U.S. law enforcement authorities maintain that during the 2013 purchase of the Sri Lankan Embassy in Washington, D.C., Mr. Wickramasooriya falsely inflated the sales price of the embassy by approximately $332,000. They further stipulate that he then laundered these funds via shell companies, all in violation of the U.S. money laundering and wire fraud laws. The United States Attorney's Office has asked the Department of State to request the assistance of the Government of the Democratic Socialist Republic of Sri Lanka.

Accordingly, the Embassy requests that the Ministry waive, via diplomatic note, any immunity (including but not limited to testimonial immunity and immunity from the criminal, administrative, and civil

DIPLOMATIC NOTE

CLASSIFICATION: UNCLASSIFIED
Page 1 of 2

-2-

jurisdiction of the United States) that Mr. Wickramasooriya might otherwise enjoy with regard to the investigation described above.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka the assurances of its highest consideration.

Embassy of the United States of America,
    Colombo, October 23, 2017.

