# EXHIBIT

# D

CLASSIFICATION: UNCLASSIFIED
Page 1 of 1

From: SMART Archive
Sent: 10/24/2017 2:02:27 AM
To: SMART Core
Subject: Sri Lanka: Immunity Waiver Request for Jaliya Wickramasuriya Granted

UNCLASSIFIED
SBU



| | |
|---|---|
| MRN: | 17 COLOMBO 750 |
| Date/DTG: | Oct 24, 2017 / 240602Z OCT 17 |
| From: | AMEMBASSY COLOMBO |
| Action: | WASHDC, SECSTATE ROUTINE |
| E.O.: | 13526 |
| TAGS: | PGOV, PREL, LK, OFDP, CJAN |
| Captions: | SENSITIVE |
| Reference: | A) 17 STATE 106114<br>B) 17 COLOMBO 748 |
| Pass Line: | SCA/NSB JASON EVANS |
| Subject: | Sri Lanka: Immunity Waiver Request for Jaliya Wickramasuriya Granted |

(SBU) On October 24, Post received response dipnote (attached) from the Sri Lankan Ministry of Foreign Affairs (MFA), in which the MFA agrees to waive Mr. Jaliya Wickramasuriya's immunity in regards to the investigation presently pending in the United States District Court for the District of Columbia, including but not limited to testimonial immunity and immunity from the criminal, administrative and civil jurisdiction of the United States.

| | |
|---|---|
| Signature: | KESHAP |
| Drafted By: | COLOMBO:Lackmann, John R (Colombo) |
| Cleared By: | POL:Billingsley, Kelly A (Colombo) |
| Approved By: | POL:Billingsley, Kelly A (Colombo) |
| Released By: | COLOMBO:Billingsley, Kelly A (Colombo) |
| Attachments: | Sri Lanka Dipnote - Immunity Waiver Response Wickremasooriya.pdf |
| Dissemination Rule: | Archive Copy |

UNCLASSIFIED
SBU



L/POl/33

The Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka presents its compliments to the Embassy of the United States of America and has the honour to refer to the latter's Note Verbale No: 756 dated 23rd October 2017, pertaining to the investigations of Mr. Jaliya Chithran Wickramasooriya, presently pending in the United States District Court for the District of Colombia.

The Ministry of Foreign Affairs wishes to assure the assistance of the Government of the Democratic Socialist Republic of Sri Lanka, with the ongoing investigations of Mr. Wickremasooriya and accordingly waive off any immunity Mr. Wickremasooriya enjoys with regard to such investigations, including but not limited to testimonial immunity and immunity from the criminal, administrative and civil jurisdiction of the United States.

The Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.

Ministry of Foreign Affairs
Democratic Socialist Republic
of Sri Lanka.

Embassy of the United States of America
Colombo

23rd October 2017
Colombo