# EXHIBIT

# E



L/POL/33(VII)

The Ministry of Foreign Relations of the Democratic Socialist Republic of Sri Lanka presents its compliments to the Embassy of the United States of America in Colombo and has the honour to refer to Ministry's Note Verbale No. L/POL/33 dated 23rd October, 2017 by which, diplomatic immunities enjoyed by Mr. Jaliya Chithran Wickramasuriya as former Ambassador of Sri Lanka to the United States were withdrawn.

Although, the aforesaid Note Verbale appears to have been issued by the Ministry of Foreign Relations on the basis that such instructions have been issued by former President, His Excellency Maithripala Sirisena, the Presidential Secretariat and Ministry of Foreign Relations has been able to verify that no records are available in both offices to prove that former President has issued such instructions.

Based on above mentioned observations, the Ministry of Foreign Relations is of the view that the said waiver is not legitimate and hence the aforesaid Note Verable No. L/POL/33 dated 23rd October, 2017 is withdrawn.

The Ministry of Foreign Relations of the Democratic Socialist Republic of Sri Lanka avails itself of this opportunity to renew to the Embassy of the United States of America in Colombo the assurances of its highest consideration.

2nd July 2020
Colombo

The Embassy of the United States of America
Colombo