# EXHIBIT

# F

The Department of State refers the Embassy of the Democratic Socialist Republic of Sri Lanka to diplomatic note No. 756, dated October 23, 2017, the Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka diplomatic note No. L/POL/33, dated October 23, 2017, the Ministry of Foreign Relations of the Democratic Socialist Republic of Sri Lanka to diplomatic note No. L/POL/33(VII), dated July 3, 2020, and the Embassy of the Democratic Socialist Republic of Sri Lanka in Washington to diplomatic note No. US/ADMIN/INQ/2020, dated July 29, 2020.

By diplomatic note No. L/POL/33, dated October 23, 2017, the Democratic Socialist Republic of Sri Lanka waived any immunity Mr. Jaliya Chithran Wickramasooriya might otherwise enjoy with regard to the criminal proceeding pending in the United States District Court for the District of Colombia, including but not limited to testimonial immunity and immunity from the criminal, administrative and civil jurisdiction of the United States.

The United States notes that under Article 32 of the Vienna Convention on Diplomatic Relations, waivers must be express, but international law does not dictate the internal domestic process for waiver or provide that a waiver can only

**DIPLOMATIC NOTE**

-2-

be made by a head of State or government. The October 23, 2017 waiver was expressed and appropriately communicated by the Ministry of Foreign Affairs via diplomatic note on behalf of the Democratic Socialist Republic of Sri Lanka. Since then, the U.S. government relied on the Democratic Socialist Republic of Sri Lanka's waiver and has taken steps consistent with the waiver.

It is a well-established principle of international law that a sending State cannot revoke a waiver of immunity once it has been given. Therefore, to the extent that any residual diplomatic immunity otherwise might have applied with respect to Mr. Wickramasooriya in the pending proceeding, the United States considers the Democratic Socialist Republic of Sri Lanka to have validly waived Mr. Wickramasooriya's immunity.

Enclosure:

    As stated.


Department of State,

    Washington, August 19, 2020.

**DIPLOMATIC NOTE**