# EXHIBIT

# G



TPN No. US/ADMIN/INQ/2020

The Embassy of the Democratic Socialist Republic of Sri Lanka in Washington DC presents its compliments to the Department of State of the United States of America and has the honour to refer to latter's Note Verbale dated 19th August 2020, relating to diplomatic immunity of Mr. Jaliya Chithran Wickramasuriya, former Ambassador of Sri Lanka to the United States.

The Embassy of Sri Lanka wishes to inform the US Department of State, that the relevant authorities in Sri Lanka have taken note of the contents of the aforesaid Note Verbale of the US Department of State. The relevant Sri Lankan authorities continue to hold the view that Note Verbale No. L/POL/33 dated 23rd October 2017, is not valid and therefore, diplomatic immunity of Mr. Wickramasuriya has never been waived, as due internal process has not been followed prior to issuing the said Note. Hence, the decision taken at the highest government level to withdraw Note Verbale No. L/POL/33 dated 23rd October 2017, is reiterated.

The Embassy of Sri Lanka further requests that the contents of Note Verbale No. L/POL/33 dated 23rd October 2017, so withdrawn is not used in any manner contrary to the position of the Government of Sri Lanka reflected herein.

Further, the Embassy of Sri Lanka would appreciate receiving the fullest cooperation of the US Department of State in this regard.

The Embassy of the Democratic Socialist Republic of Sri Lanka in Washington DC avails itself of this opportunity to renew to the US Department of State the assurances of its highest consideration.

United States Department of State
Washington D.C.

Washington DC, 8th September 2020