# EXHIBIT

# H

The Department of State acknowledges receipt of diplomatic note

No. US/ADMIN/INQ 2020, dated September 8, 2020, from the Embassy of the

Democratic Socialist Republic of Sri Lanka and refers the Embassy to the

Department of State's diplomatic note dated August 19, 2020, and to the other

diplomatic notes referenced therein (enclosed).

The Department maintains the views expressed in its August 19, 2020, note

and wishes to highlight that Sri Lanka's diplomatic note L/POL/33 was sent in

response to a formal request from the United States and that both were

communicated through formal diplomatic channels in 2017.  The Department

of State further notes that since the Democratic Socialist Republic of Sri Lanka

conveyed its waiver of immunity with respect to any immunity

Mr. Wickramasooriya might have otherwise enjoyed with regard to the criminal

proceedings in the United States District Court for the District of Columbia, the U.S.

government relied on the waiver and has taken steps consistent with the waiver.

Enclosures:

    As stated.


Department of State,

    Washington, October 09, 2020

**DIPLOMATIC NOTE**

The Department of State refers the Embassy of the Democratic Socialist Republic of Sri Lanka to diplomatic note No. 756, dated October 23, 2017, the Ministry of Foreign Affairs of the Democratic Socialist Republic of Sri Lanka diplomatic note No. L/POL/33, dated October 23, 2017, the Ministry of Foreign Relations of the Democratic Socialist Republic of Sri Lanka to diplomatic note No. L/POL/33(VII), dated July 3, 2020, and the Embassy of the Democratic Socialist Republic of Sri Lanka in Washington to diplomatic note No. US/ADMIN/INQ/2020, dated July 29, 2020.

By diplomatic note No. L/POL/33, dated October 23, 2017, the Democratic Socialist Republic of Sri Lanka waived any immunity Mr. Jaliya Chithran Wickramasooriya might otherwise enjoy with regard to the criminal proceeding pending in the United States District Court for the District of Colombia, including but not limited to testimonial immunity and immunity from the criminal, administrative and civil jurisdiction of the United States.

The United States notes that under Article 32 of the Vienna Convention on Diplomatic Relations, waivers must be express, but international law does not dictate the internal domestic process for waiver or provide that a waiver can only

**DIPLOMATIC NOTE**

-2-

be made by a head of State or government.  The October 23, 2017 waiver was expressed and appropriately communicated by the Ministry of Foreign Affairs via diplomatic note on behalf of the Democratic Socialist Republic of Sri Lanka. Since then, the U.S. government relied on the Democratic Socialist Republic of Sri Lanka's waiver and has taken steps consistent with the waiver.

It is a well-established principle of international law that a sending State cannot revoke a waiver of immunity once it has been given.  Therefore, to the extent that any residual diplomatic immunity otherwise might have applied with respect to Mr. Wickramasooriya in the pending proceeding, the United States considers the Democratic Socialist Republic of Sri Lanka to have validly waived Mr. Wickramasooriya's immunity.

Enclosure:

As stated.

Department of State,

Washington, August 19, 2020.

**DIPLOMATIC NOTE**