# EXHIBIT I

# AIDE MEMOIRE

1. Mr. Shavindra Fernando P.C./ Legal Counsel of Mr. Jaliya Wickramasuriya by a letter dated 27th September 2017 addressed to Hon. Tilak Marapana/former Minister of Foreign Affairs requested the Ministry to inform officially whether there has been a waiver of diplomatic immunity of Mr. Wickramasuriya relating to his service as Sri Lankan Ambassador to the United States or if there is an intention on the part of the Government of Sri Lanka to do so.

2. Mr. Prasad Kariyawasam/former Secretary to the Foreign Ministry on 6th October 2017, in response to Mr. Fernando's letter has confirmed that the Government of Sri Lanka (GoSL) has not waived diplomatic immunity of Mr. Wickramasuriya.

3. The US embassy by Note Verbale No. 756 dated 23rd October 2017, requested to waive immunities enjoyed by Mr. Wickramasuriya, including but not limited to immunity from testimonial, immunity from criminal, administrative and civil jurisdiction of U.S as he is being investigated for the alleged offences of misappropriation, theft and embezzlement of funds by a public official, in violation of US money laundering and wire fraud laws.

4. In response to the above Note, Foreign Ministry Note Verbale No. L/POL/33 dated 23rd October 2017 was issued on the same day to the US Embassy in Colombo.

5. Thereafter, Mr. Wickramasuriya sought redress from the Court of Appeal against waiving his diplomatic immunity by filing a Writ Application on 4th December 2017 against Hon. Tilak Marapana/former Foreign Minister, Mr. Prasad Kariyawasam/former Foreign Secretary and the Hon. AG.

6. When the case was taken up for consideration the Attorney General's Department appearing on behalf of the Respondents of the Foreign Ministry raised preliminary objections based on a Statement given by Mr. Kariyawasm that he received instructions from former President H.E. Maithripala Sirisena to waive immunity of Mr. Wickramasuriya. The Court of Appeal dismissed

1

the Application on 29th March 2018 on the basis that the Court of Appeal does not have jurisdiction to entertain the application as what was challenged was a decision of His Excellency the President.

7. Thereafter, Mr. Wickramasuriya, filed Supreme Court Application No. SC/Spl/LA 117/2018(CA/Writ 416/2017), challenging the above decision which is pending before the Supreme Court presently.

8. The matter is also under review by the "Presidential Commission of Inquiry to inquire into and obtain information in relation to alleged Political Victimization of Public Officers, employees of State Corporations, Members of the Armed Forces and the Police Service, who held posts from 08/01/2015 – 19/111/2019." This Commission was formed at the direction of H.E. the President in January 2020 and was not available to address Mr. Jaliya Wickramasuriya's claims prior to that time.

9. In February 2020, Mr. Jaliya Wickramasuriya's Attorney in Sri Lanka, Mr. Upendra Gunasekera, inquired from the Presidential Secretariat by forwarding a Right to Information Question under Registration No. PS/RT/1/2020/16, as to whether there is a decision and/or instructions issued by former President Maithripala Sirisena between the period 27th September to 23rd October 2017, regarding diplomatic immunity of Mr. Wickramasuriya.

10. As a result, Presidential Secretariat has reviewed the documents in possession of the Presidential Secretariat and concluded that there was no decision and/or instructions issued by former President between 27th September 2017 and 23rd October 2017 to waive diplomatic immunity of Mr. Jaliya Wickramasuriya.

11. According to Article 33(d)2 of the Constitution of the Democratic Socialist Republic of Sri Lanka, His Excellency the President is the appointing authority of Ambassadors/High Commissioners. Once the decision to appoint an Ambassador/High Commissioner is taken by H.E. the President, the decision is communicated to Foreign Secretary by Secretary to the President. Accordingly, if diplomatic immunity enjoyed by Ambassadors/High Commissioners is to be waived, such instructions should also be issued by His Excellency the President as the appointing authority and be communicated

through Secretary to the President to Foreign Secretary, as it is Secretary to the President that should deal personally with all important business affecting the Presidential Secretariat as per Section 3:8 of Chapter XXVII of the Establishment Code of Sri Lanka.

12. According to information available at the Ministry, the Government of Sri Lanka has never waived the diplomatic immunity of a sitting or former Ambassador.  Likewise, the Government has never waived the immunity of any diplomatic agent with regard to criminal prosecution in the United States.

13. Given the above, Secretary to the President by his letter dated 01st July 2020 informed the Foreign Ministry that its review at the Presidential Secretariat had not identified any documentary evidence to confirm that former President has instructed to withdraw the Diplomatic Immunity of Mr. Jaliya Wickramasuriya, former Ambassador to the United States of America and inquired whether the Foreign Ministry has any documentary evidence to support that former President or any authorized officer in the Presidential Secretariat has given such instructions.

14. On a review of the records of the Foreign Ministry it was ascertained that the Ministry did not have any documentary evidence showing that any instructions have been received from Secretary to the President as referred to in paragraph 11 above or from any authorized officer in the Presidential Secretariat other than the Affidavit dated 01st February 2018 from Mr. Prasad Kariyawasam former Secretary, prepared by the Attorney General's Department for CA(Writ) Application No. 416/2017,based on a statement issued by  Mr. Kariyawasam dated 30/1/2018, whereby he states that he received instructions from H.E. Maithripala Sirisena/ former President to waive diplomatic immunity of Mr. Wickramasuriya.

15. Accordingly, Secretary to the Foreign Ministry informed Secretary to the President that the records of the Foreign Ministry does not contain any correspondence from the Presidential Secretariat to the effect that H.E. Maithripala Sirisena/former President has given instructions to waive diplomatic immunity enjoyed by Mr. Wickramasuriya, as former Ambassador of Sri Lanka to the USA, with the exception of a copy of an Affidavit dated 1st February 2018 signed by Mr. Kariyawasam as mentioned above.

16. Pursuant to a careful review of correspondence available at both the Presidential Secretariat and at the Foreign Ministry, the Presidential Secretariat has been able to verify that no formal instructions from the Presidential Secretariat has been sent to Secretary to the Foreign Ministry by Secretary to the former President Maithripala Sirisena to withdraw diplomatic immunity of Mr. Wickramasuriya. Such an instruction is considered as a mandatory requirement in a case as serious as this and is expected to be handled in a manner as highlighted in Section 3:8 of Chapter XXVII of the Establishment Code of Sri Lanka, as referred to in paragraph 11 above.

17. Review of records in this regard has revealed that the Foreign Ministry Note Verbale No. L/POL/33 dated 23rd October 2017 by which diplomatic immunity of Mr. Wickramasuriya was supposedly waived has been issued **on the same date** of receipt of Note Verbale No. 756 from the US Embassy in Colombo, further affirming that the proper internal processes were not followed in securing necessary approval from the former President through Secretary to the President. This period is too short to allow for the required internal procedures, especially in a matter of such importance.

18. Further, the Ministry's review located no records showing that Mr. Wickramasuriya was given an opportunity to provide an explanation on allegations leveled against him as former Ambassador of Sri Lanka to the USA prior to waiving his diplomatic immunity.

19. Taking the above into consideration, Secretary to the President by his letter dated 2nd July 2020, said that waiver of diplomatic immunity enjoyed by Mr. Jaliya Wickramasuriya as former Ambassador of Sri Lanka to the United States is not legitimate and therefore to take necessary action to withdraw Foreign Ministry Note Verbale No. L/POL/33 dated 23rd October 2017.

20. In the above backdrop, Foreign Ministry issued Note Verbale No. L/POL/33(VII) dated 2nd July 2020 to the US embassy withdrawing Ministry Note No. L/POL/33 dated 23rd October 2017.

21. The Foreign Ministry has taken action to inform the Supreme Court of Sri Lanka, through the Attorney General's Department that it has taken action to withdraw the 23rd October 2017 diplomatic note, as the Ministry were of the view that it had not been issued legitimately.

22. Pursuant to receipt of Note Verbale dated 19th August 2020 from the US Department of State denying the request of the Democratic Socialist Republic of Sri Lanka, another Note was transmitted on 8th September 2020 through Sri Lanka Embassy in Washington reiterating the above position and requesting that contents of L/POL/33 dated 23rd October 2017, not be used in any manner contrary to the position of the Government of Sri Lanka.

    The US Department of State reiterated their previous position once again on 09th October 2020.

    This Aide Memoire brings to the kind attention of the Government of the United States of America that in issuing of Note Verbale No. L/POL/33 dated 23rd October 2017, due to the absence of following the required internal process, the waiver is illegitimate and Mr. Wickramasuriya has been deprived of his rights. The Government of Sri Lanka is of the view that it has not, at any time, properly waived the diplomatic immunity of Mr. Jaliya Wickramasuriya as former Ambassador of Sri Lanka to the United States.

23. Therefore, the Government of Sri Lanka request the relevant US authorities to reconsider their decision communicated through Note Verbale Nos. 19th August dated 2020 and 09th October 2020.

***