**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                              ) | 18-cr-120 (TSC) |
| ) | |
| JALIYA CHITRAN WICKRAMASURIYA,  ) | |
| ) | |
| Defendant.                                    ) | |
| _____) | |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, and advises the Court of the status in this matter. By a Minute Order dated February 19, 2021, the Court granted the parties' motion to continue the February 22, 2021 hearing on Defendants' Motion to Dismiss the Indictment on Diplomatic Immunity Grounds so that the government could respond to the Defendant's requests for discovery and *Brady* material and the parties could attempt to resolve any disputes that may arise. The Court also directed the parties to file a Joint Status Report by March 19, 2021.

Since the February 19, 2021 Minute Order, the parties have negotiated a Protective Order. On March 12, 2021, the government filed an unopposed motion requesting the Court to issue the Protective Order. Upon issuance of that Order, the United States will provide the defendant with non-privileged responsive materials to its requests.

The parties propose that they file another status report with the Court in four weeks, on or before April 16, 2021.

1

March 19, 2021                             Respectfully Submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/  *Arvind K. Lal*
Arvind K. Lal, D.C Bar No. 389496
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7688 (Lal)
arvind.lal@usdoj.gov

NICHOLAS L. MCQUAID
Acting Assistant Attorney General

By:       /s/   *Mona Sahaf*
Mona N. Sahaf
Trial Attorney
U.S. Department of Justice
Criminal Division, HRSP
(202) 262-6511
mona.sahaf@usdoj.gov

/s/ Amy Jeffress
Amy Jeffress (DC Bar No. 449258)
Kaitlin Konkel (DC Bar No. 1021109)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
amy.jeffress@arnoldporter.com
kaitlin.konkel@arnoldporter.com

Danny Onorato (DC Bar No. 480043)
Stuart Sears (DC Bar No. 977144)
Schertler & Onorato LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 628-4199
Fax: (202) 628-4177
donorato@schertlerlaw.com
ssears@schertlerlaw.com

*Attorneys for Jaliya Chitran Wickramasuriya*

## CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing Status Report was served via ECF on counsel for the defendant.

By: *Arvind K. Lal*
Arvind Lal
Assistant United States Attorney