# Exhibit A

3003 North Calvert Street
Baltimore, MD 21218
June 16, 2022

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Your Honor,

My name is Mrs. Chandra Fernando, a US citizen of Sri Lankan descent and until one year ago, the Program Director of the Northern Virginia Montessori Institute in Ashburn, VA dedicated to the training of Montessori teachers for children in both private and public schools. I have taught children and adults for over 50 years in New York, Texas, Maryland and Virginia. Now I continue my work as a consultant and a member of the Peace and Social Justice Committee of the American Montessori Society (AMS). I was recently given its highest honor: The "AMS Living Legacy Award".

I am writing to you Your Honor, to support an outstanding human being: Ambassador Jaliya Wickramasuriya. I met His Excellency in 2009 shortly after the end of the 26-year old war by terrorists in Sri Lanka. For many years, I have been involved in the educational and cultural events of the Embassy of Sri Lanka especially during the years from 1972 onwards. I knew many of our illustrious diplomats both in Washington and in the UN in New York through connections to my family and my father in particular who was educated abroad.

When I met Ambassador Wickramasuriya for the first time, I was struck by his wonderful personality. In his office was a large photograph of his late mother. I asked him about it (since most ambassadors had a photo with the president or some other well-known luminary). He told me it was to remember her and all the values she taught him. He said that every day he heard her voice of wisdom and the Buddhist values she instilled in him; kindness, loyalty, honesty, gratitude, truth and generosity. He said that he tries to live by them each and every day. As an educator, that certainly resonated with me.

Over the years, I have appreciated Ambassador Wickramasuriya's service to his country especially during a difficult period in Sri Lanka. He worked tirelessly to create an environment of goodwill and openness in all his dealings with both American officials and the Sri Lankan diaspora. This was not easy with all the disruptions of the pro- LTTE propaganda. He reached out to everyone despite their political affiliations and beliefs and as all ambassadors, supported the government of the day in spite of personal feelings about their policies. In my view, none of the Sri Lankan ambassadors in the past several years had the same level of stress endured by Ambassador Jaliya Wickramasuriya who came on the scene during one of the most difficult times in modern day Sri Lankan diplomacy.

Even in these difficult times, Ambassador Wickramasuriya organized many valuable projects beneficial to both Sri Lanka and the US. He orchestrated business forums between the two countries, organized trade delegations, and addressed many groups of young American professionals and college students. He genuinely admired the people of the United States and tried to bring people together.

As years passed, I became aware of the kindness and generosity of Ambassador Wickremasuriya and his wonderful wife, Priyanga. They are genuine people who at times do not understand intricate and complex nature of public life and tend to trust all people. They spent so much of their own funds and resources to provide food, drink and entertainment for all those diplomatic functions regularly scheduled on their social calendar. As an observer for many years, I know this form of personal hospitality and generosity is not common practice in diplomatic circles.

I have been fortunate enough to meet Ambassador Wickramasuriya's two children as well. They are wonderful young people who manifest a relaxed and calm lifestyle and yet are passionate in their outlook for social justice. Both children are well aware of their social responsibility as good role models in an ever-changing world and are grateful to their parents for all they have done for them. Everyone who knows the Wickremasuriya family can vouch for their character and compassion.

Sincerely,

Chandra Fernando
chancy1@earthlink.net

14th June 2022

H. K. C. L. C. Perera
37/A,
Main street,
Diyathalawa
Sri Lanka

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Your Honor,

My name is Channa Perera and I have known Mr. Jaliya Wickramasuriya since 2008. First, I would like to say that I was upset and shocked to see what Mr. Jaliya is going through. Although I am a very small person to give any sort of help to him in my capacity, I called and asked him how I could help in any way I could. Since I asked, he told me that if I really wanted to help, I could write a letter with my genuine opinion of him, to send to the Judge. He also said there is no such thing as a small or big person, and he would be grateful if I chose to do this for him. I am happy that I even have an opportunity to provide this help to a person whom I think not only changed my life, but also the lives of my family. Mr. Wickramasuriya is one of the few people I have met in my life with so much integrity, honesty, and humility.

I got to know Mr. Jaliya in 2008, when he called me for an interview. I found that he was going to be the next Ambassador to Sri Lanka in the USA. He had called as he was looking for people to work for his personal/household staff at the official residence in Washington, DC. At that time, I did not even have a dream of coming to America because I was not that qualified and did not know much about the country. Normally, when Ambassadors or Embassy staff choose to fill these positions, they bring their relatives or close contacts. I didn't know Mr. Jaliya well but after he had interviewed so many people, he selected me and one other person to fill the two positions. Although he could have chosen anyone, he chose the two of us from Sri Lanka. I got the shock of my life when selected because I knew this would change life for me and my family for the better. This was the first instance when I got the feeling that Mr. Jaliya was a person who does things the way they should be done.

For the first two years that I was there, I worked for Mr. Jaliya at the official residence. In this time, I got to associate with him very closely. As soon as there was a vacancy for a better role at the Sri Lankan Embassy, he promoted me immediately. He did not have to do this, as he could have found someone else to fill the role, and not have to lose me from his personal staff. Especially since by that time, I was well trained in the previous role. Yet he proceeded anyway, and had to hire and retrain a new person for the previous role. He did not stop there. I previously was allowed to stay at the official residence, being part of the personal staff, but now that my role had changed, I would have to find new accommodation. Since he knew it would help me financially, Mr. Jaliya was kind enough to organize through the proper channels

for me to continue to stay at the official residence, as there was still room for it. This allowed me to save a lot of money on an apartment and food.

I consider my experience working for Mr. Jaliya not only as a job. I saw very rare things in him. Whether it was someone from higher society or whether he was working with a janitor, he did not show any difference. I saw this myself. He was so helpful and kind with all minor and support staff, maybe even more than with the diplomats. I have seen him mentioning how to treat others to his senior staff. He goes out of his way to help under-privileged people and anybody who needs help. He puts others first, actively listens, and instead of blaming the system, he assumes responsibility. I have seen sometimes he even gets the blame by doing this. The words I heard most from him were "Thank you." I have to say that Mr. Jaliya is a person full of empathy.

I continued to work for the Embassy until 2014, at which time I finished my term and returned to Sri Lanka. Although I had been working my whole life, I had not been able to build my own house. Because I got this rare opportunity, I managed to build my own house in Sri Lanka. By this time my children were doing their studies and I was able to provide funds for their education and livelihood.

After I returned to Sri Lanka, I was working at a different job. I received a call from Mr. Jaliya, who offered me a job at his own company in Sri Lanka, of which he is a director. I accepted and was put on a senior level, and even today I work for the company. A couple of years ago, my only son had to go through an unfortunate and unexpected medical condition. Mr. Jaliya immediately went out of the way to help me – I will never forget this. My son is still on medication, and if not for Mr. Jaliya's support, I don't know what I would have done.

I am not sure whether this letter from a person like me will do any help or whether it is okay to say this but I beg Your Honor to be lenient with your decision because this will not only affect me and my family but all of the staff of the company and families as well.


Sincerely,


…………………………………..
H. K. C. L. C. Perera

**Don S. Jayaweera,**
No.80A, "Jaya-Chitra",
Temple Road, Rukmale,
Pannipitiya – 10230
Sri Lanka.

**Judge Tanya S. Chutkan,**
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Hon. Judge Chutkan,

My name is Don S. Jayaweera, who is Sri Lankan by birth and 69 years old. Professionally, I am a Transport Economist / Financial Analyst and Urban Planner. I served as Secretary to the Presidential Task Force for Economic Revival and Poverty Eradication (2020 to 2022), Senior Consultant (Transport Sector), Chair Person of National Transport Commission (2015), State Enterprises Management Agency (2015 to 2018), Director General of Sri Lanka Tourist Development Authority (2014 to 2015), Director General Department of Development Finance (2010 to 2014), Chief Executive Officer for National Economic Development Council (2006 to 2010), Chair Person of Urban Development Authority (2005 to 2006), Secretary to the Ministry of Transport (2004 to 2005), Deputy Director Planning of Ministry of Transport (1985 to 2005) and System Analyst of Urban Development Authority (1979 to 1985) to the Government of Sri Lanka.

**1.   Mr. Jaliya Wickramasuriya and his Family**

Mr. Jaliya Wickramasuriya is known to me since mid-80's when he was working in the tea industry. He is from a sound Buddhist and respectable family from the southern part of the island. He has illustrated his management capacity during his time in the tea industry with dynamism, enthusiasm and efficiency to achieve the desired objectives within the code of conduct of the management profession. He started his own business entity on tea exports in mid-90s with the sound knowledge and experience gained from his past employment. He is a Sri Lankan who is committed and devoted to quality tea exports with value addition. He also married a person from a respectable devoted Buddhist family from the western province in Sri Lanka, also well known to me. Jaliya and his family can be described as well disciplined, educated, devoted to follow the Buddhist philosophy to the last digit of lord Buddha's teaching. They also have a daughter and a son who were raised in a very good environment and now are doing well in their careers. They have a good sense of humor and are productive children. I learned that Jaliya was a very helpful person during my stay at Massachusetts Institute of Technology (MIT) in 1996 to 2000 in USA following the Special Program on Regional and Urban Studies (SPRUS). Jaliya became a close friend of mine after this and I have observed his

commitment to the wellbeing of Sri Lanka in addition to his own family. He also provides employment for a number of people in Sri Lanka through his tea export company, which includes several welfare packages for the employees. Jaliya is always respectful to the views of others and respects the rights of his employees in terms of basic human ethics in addition to adhering strictly to labor rules. We (I and my family) have our gratitude to Jaliya because of these high-quality features of character which we all admire. Jaliya is a very kind-hearted person, who is very disciplined and abides by a high quality of ethics with the humor and values inherited by the traditional culture of Sri Lankans. This is similar to his own family backgrounds and his friend circles.

I wish to emphasize the above facts with two incidents:

**First one** came across during an interaction with Jaliya. We went with him to visit a Buddhist temple in Georgia, USA for a short meditation, concentrating the mind in to one goal of wishing for the wellbeing of all humans, free from suffering from health, social destruction or any harm, and to a peaceful life for all humans and animals. I was observing his devotion and commitment for this goal and objectives during the meditation and all associated acts. It was a great value clearly developed with the Buddhist philosophy.

**Second one** was an example where Jaliya shared his own resources without any attachment to help someone in need. One day I accompanied him to see his export business enterprise in Sri Lanka. During the visit, an employee came up to us and explained about a cancer diagnosis his wife – who was from one of the rural areas in the north central of the Island (Sri Lanka) – was facing. Jaliya gave him paid leave and donated money (I do not know the amount) saying to use that for medicine and doctors' expenses. A few months later, I found that his wife has been doing well with recovery.

Therefore, I conclude that Mr. Jaliya Wickramasuriya is a person who has high religious values, is responsible, and committed to family and his friends with high level of discipline and ethics.

Thanking you

Yours' Sincerely,

(Don S. Jayaweera)

06/18/2022

Gayan Hapugoda
2244 Bryant Pointe Drive
Marietta, GA 30066.
(404)573 7148

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

**Re: Jaliya Wickramasuriya**

To: Honorable Judge Tanya S. Chutkan,

My name is Gayan Hapugoda from Marietta, GA. I'm a United States Citizen and working as a Computer Architect/Engineer. I was born and raised in Sri Lanka and moved to United States 14 years back, in 2008.

We were introduced to Mr. Jaliya Wickramasuriya over a decade earlier when he was the Sri Lankan Ambassador to the United States. I'm shocked to hear what he is going through now as he has been a super human being.

When my life felt apart and no one was there to assist me, he did all in his power and went the extra mile to get my life back. On Christmas day of 2009, I met with a fatal automobile accident where my spouse deceased on the spot and I went to a Coma. I was a Sri Lankan citizen at that time, a professional worker on visa (H1B) and I had no relative living in United States, even to act as a legal representative to authorize my brain-spinal cord surgery. As the Sri Lankan ambassador, Jaliya got personally involved in getting the necessary legal clearance to handle my wife's remaining and my surgery.

Further, he contacted the United States Embassy in Colombo, Sri Lanka to obtain visiting visa for my spouse's parents to participate in their child's funeral. He further assisted Sri Lankan community leaders in Atlanta and organized the relief work since I had no relative in Atlanta to manage the situation. An important thing to say is that at this time, I didn't know Ambassador Wickramasuriya personally, and had only met him at a couple of gatherings before. My in-laws had never seen or spoken to the Ambassador before this either. I found out later that he had spoken to the US Ambassador in Sri Lanka directly and given personal assurance and guaranteed that he is confident that my mother-in-law, father-in-law, and my deceased wife's brother will return back to Sri Lanka after attending to funeral and religious services.

Your Honor, all these events happened while I was unconscious, lying on a hospital bed. On top of that, it was during a weekend when the Ambassador was travelling. Jaliya and Sri Lankan community acted like I was their family. He even gave his mobile number to my extended family so that they can call him any time for any future help. I gained consciousness after the surgery, then they arranged the funeral service for my spouse. Jaliya did not stop there, he continued to

follow up on my recovery and he and his wife personally assisted me financially as I was on bed for next four months. I heard from other Sri Lankan-Americans that his instructions to his embassy consular staff was to go out of their way to help in emergency situations like this, and told of other similar situations.

I'm writing this letter not only because he got personally involved in my recovery, but I saw his kind heart during the crisis period in my life. He was not only doing his Ambassador's duties, he went well and beyond to make sure I survive and have a life. Thanks to all these efforts, I managed to collect the remaining pieces of my life and I slowly recovered and moved on. Currently, I have a successful life thanks to everyone who helped me.

Your Honor, as a follower of Buddhism, Jaliya has assisted Buddhist communities in United States in numerous ways to practice their religion. In 2019, a group of Buddhist meditation devotees in Atlanta opened a new Buddhist temple in Woodstock, GA. Jaliya has been an upstanding member in the community. He is assisting to maintain the Buddhist temple, which is mostly serving Americans in North Georgia. I'm a devotee of the Buddhist temple and I personally vouch for his eagerness to follow Buddhism and emerge as a better person.

It is my sincere hope that the court takes this letter into consideration before the final verdict. Despite the current situation, I strongly believe Jaliya Wickramasuriya is an honorable individual, a valuable member of my Buddhist community and most importantly great human being.

Sincerely,

Gayan Hapugoda
(404)573 7148

19th June 2022

Janith Wickramasuriya
6525 Riada Ct
McDonough, GA 30253

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Honorable Judge Chutkan,

My name is Janith Wickramasuriya and I am the son of Mr. Jaliya Wickramasuriya. I would like to speak a little bit about my father, whom I call "Thaththa" (father in Sinhala), so that it might help you better understand the type of man he is.

Thaththa is the most genuine, generous, forgiving, and kind-hearted person I know. He is also the most efficient, determined, driven, and hardest working person I've ever seen. Normally you wouldn't expect to find all these qualities in one person, but in Thaththa, these qualities are constantly exemplified. I can't even count the number of stories I have heard from both people that I had known and from people I had never heard of, about a kindness that Thaththa had done for them. There were many examples during the time he was serving as Ambassador, where people would constantly be telling me and my sister about one thing or another Thaththa had gone out of his way to do for them.

When Thaththa commits to something, he commits to it 110%. This was the case whether it was the position he served for Sri Lanka, or whether it is his tea business, which he founded and grew with my mother's help. The advice that he's always told me is "If you are doing something, do it right, honestly, and give it the best you can. It doesn't matter if you're a garbage man, you aspire to be the best garbage man that ever was." He always pushed us to follow our dreams, and taught us the value of working hard to achieve them. He and my mother were my and my sister's biggest supporters growing up, and still are. They moved to the US on the back of their tea business, and their dream was to give us a better life and education in America, with greater opportunities and the freedom to chase them. I am so thankful for the sacrifices they both made, so that we could have that chance.

I am a proud Sri Lankan-American, and that is because they raised me to honor my heritage, while also embracing the American culture that we grew up a part of. Growing up in Georgia, on the weekends we would go to other Sri Lankans' houses. I remember how we would sit and eat traditional rice and curries, homemade by other guests, and also be out in the yard throwing around the football and pretending to be our favorite NFL players. At the time, it was perfectly natural and I could not imagine growing up a different way. When I think back, I realize that we would constantly drive over an hour, sometimes more, just to have dinner at someone's house. Now that I'm older, I understand why my parents went out of their way to make sure we had this type of childhood. They wanted to teach us the importance of keeping traditions and learning about where we come from. Yet they never discouraged our interest in

American culture – or sports! I still remember the first Atlanta Braves baseball game I went to with Thaththa at Turner Field. When I went to the University of Georgia and became a die-hard college football fan, Thaththa would call me every week and ask how the Bulldogs did. He still does this every football season.

Thaththa is someone who can adapt to any environment, and talk freely with any type of person. He is able to do this because he is a genuine human being, who knows who he is and what he believes strongly in, and holds close to his heart the values that his parents taught him. He is as strong willed as my grandfather, who quit smoking on the spot after 30 years when a doctor said it would have lasting effects on his lungs. He is as kind, understanding, and knowledgeable as my grandmother, who not only raised three children while dedicating her life to teaching rural children English, but also became an ordained Buddhist nun once she felt her responsibilities to her family were complete.

Both my parents raised me with these same values, and Thaththa especially taught me what it means to be a good man in this world, and the responsibility and accountability we must hold ourselves to. I could not imagine a better father or mother, and that is a testament to their relationship just as much as it is to my relationship with them.

No matter what happens, I am proud of my Thaththa. I hope that you find it in your heart to be lenient in your judgment, Your Honor.

Respectfully,

Janith Wickramasuriya

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001


Your Honor,

My name is Jaskaran Singh Sajjan and I have been a close friend of the Wickramasuriya family for over a decade – in many ways, they are a second family to me. I spent my childhood and teenage years in Southern California before moving to Washington, D.C. to attend the American University. I graduated in 2013 with a B.A. in Political Science and have since spent time in government, sports, and now with the largest entertainment company in North America. I helped found the National Sikh Campaign, a non-profit focused on reducing faith-based hate crimes and have also served on the Board of Directors for the Mission City Community Fund (Santa Clara, CA), the Santa Clara Chamber of Commerce, and other business trade associations in the San Francisco Bay Area region.

I am writing to you today in support of someone I view as a mentor in both the personal and professional sense, Mr. Jaliya Wickramasuriya, also known as Uncle Jaliya. I met Mr. Wickramsuriya as a young college student confused about my place in the world of politics as a son of Indian immigrants who only tuned into political matters every four years. In short, government and politics is the last thing my family wanted me to study.

In the process of organizing an event to showcase South Asian arts and culture, Mr. Wickramasuriya accepted an invitation, without hesitation, to serve as the headline speaker. During that event, I had the honor of spending an extended period of time with Uncle Jaliya – that time turned out to impact my life and career more than I could have imagined. He shared stories of his career path, his goals for his family, his vision for developing a strong Sri Lankan-US relationship, and why I should stay on my public policy path. He was the first person in my life who looked like me to tell me I was doing the right thing and wasn't wasting my time. Since that moment, we have kept in touch, he has continued to share advice, and next week he will attend my wedding where his daughter Sarindee will serve as the officiant.

The Wickramasuriya family is one of the kindest, loving, and most loyal families I have ever had the honor of getting to know. Much of that love and loyalty starts at the top with Uncle Jaliya. He is a role model for role models. He has been there for my family and I more times than I could count – that's just who he is and by extension who his family is.

When my mother received a scary health diagnosis in 2014, Sarindee and her father Jaliya were my first phone call, and they were the first to console me during one of the darkest times of my life.

When I struggled to find a job after graduation, Mr. Wickramasuriya constantly checked-in to make sure there wasn't a way for him to help and to just make sure I was in good spirits.

When I was unable to afford going home for the holidays and was 3,000 miles away from my parents and brother, Mr. Wickramasuriya would reach out to make sure I knew I had a family to spend time with, and for many years, I took him up on the offer.

These are just a few examples of the kind of man Jaliya Wickramasuriya is: kind, loving, wise, and loyal. Many talk about how they will be there for their friends and family. Few actually show up. Uncle Jaliya always does.

I am fortunate to know him, and I'm even more fortunate to have spent enough time with him to learn from him.

Thank you,

Jaskaran Singh Sajjan
San Francisco, CA
Jsajjan91@gmail.com

13th June 2022

Meththa Bharathi Nakandala
No. 580/20A,
Mahindarama Road,
Wadduwa, Sri Lanka

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Your Honor,

I am Meththa Bharathi Nakandala. I am 45 years old and a holy Buddhist woman. I have known Mr. Jaliya and his family for over 23 years. I was working in the freight forwarding industry in 1999, for a company called MS. Lavague International (PVT) LTD. I got to know Mr. Jaliya when I was working at Lavague International which was the nominated clearing and forwarding agent on behalf of Mr. Jaliya's own company, Ceylon Royal Teas (PVT) LTD, which primarily engaged in 100% tea exports. Due to my consistently good work, he was very satisfied with the help I was able to give the company and he invited me to join the company in 2006. Then I joined Ceylon Royal Tea (PVT) LTD, as the manager of operations in November, 2006. As management was extremely satisfied with my performance for the company, I was promoted to the title of Chief Operating Officer, in January 2018.

This is the 3rd company I have worked at so far and I say with confidence that Mr. Jaliya is the best boss I have ever met. Why I say this is because he has all the qualities I believe a boss should have: He is very positive and passionate, honest and empathetic, guiding and supportive, motivational and nurturing, very creative and inspiring, and most importantly he is very fair by staff and very patient. As a boss, he is always helpful. Whenever there is a problem, official or personal, he is supportive and understanding. Even when someone makes a mistake, he will advise that person without getting angry and offers the best solution for the mistake.

My point of view is that Mr. Jaliya is very honest, kind-hearted and when he is around, he is fully committed and he will not allow you to fail. After all, he is there for you and listens. He does things for people not because of who they are but because of who he is. Mr. Jaliya always treats everyone with respect, from the laborers to the top management. He knows that many daily workers go through tough times that force them to take such jobs. Mr. Jaliya is one who is sympathetic and gentle with others. His goal is to make the lives of his staff easier and not to bother them with the extra burden.

When it comes to personal favours, he is very helpful as well. For example, when my father got sick with a multi-organ failure during the COVID-19 period, many hospitals in Sri Lanka were not admitting patients because most of the hospitals were full and did not have space. It was very hard to get someone admitted even if they were sick. However, even though Mr. Jaliya was in the USA at that time, he spoke to the Sri Lankan hospitals and somehow got my father admitted

to one. Even though I eventually lost my father, during the two days that he was admitted, he was able to receive good treatment thanks to Mr. Jaliya. During this difficult period, he also took care of all the hospital bills and funeral arrangements for my father. Even for the office staff, he was very helpful during covid. He hired a private bus for the workers so that they would be safe when travelling to and from work. He also paid for the PCR/antigen testing of staff members during COVID-19. Additionally, time to time, food packs were distributed to the labourers to take home to their families as getting groceries was a challenge during this time.

Mr. Jaliya is a person who provides jobs for many people not only in our company, but gave new jobs to many people. Thanks to his own marketing, he generated more business for the company which created additional jobs for contract workers. During COVID-19, many companies deducted salaries from employees and let go many employees. However, Mr. Jaliya did not cut any salaries and protected everyone's jobs, considering the impact that would have had on their families.

On top of all this, Mr. Jaliya and his family are very religious people. He is always helping Buddhist temples through donations for their development. He offers almsgivings to many temples in USA and Sri Lanka. These acts just add to demonstrate the type of person he is. We humbly ask the court to be lenient with Mr. Jaliya as he is a very good person to all those who know him and the community as a whole.

Sincerely,

Meththa Bharathi Nakadala

**M. Nilmini Deepika Fernando L.L.B. (Sri Lanka)**
**Attorney-at-Law & Notary Public**
**Commissioner for Oaths & Company Secretary**
No. 83/2, Chandrawanka Mawatha,
Wattalpola, Panadura.

13th June 2022

The Honorable Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Your Honor,

It is difficult to begin to write a letter like this on behalf of my friend Jaliya, as he was always the one helping me with such matters. To start, my name is Nilmini Fernando and I currently work as an Accounts Manager for the Sri Lankan office of a Japanese company, ITOCHU Corporation. By profession I am an accountant and a qualified lawyer. I know Jaliya through his beloved wife, Priyanga, as she I and were schoolmates since grade 4 at our school (Presbyterian Girls' School Colombo). She and I have been best friends since then and so naturally I met Jaliya once he and Priyanga got to know each other well, around 1990. Even back then I remember Jaliya as a well-educated gentleman engaged in the tea business. We have been close friends throughout their marriage and gone on many trips together with my family, around Sri Lanka.

When writing about Jaliya's qualities in life I could do so for pages and pages but as this letter can't be so long, I will try to give a couple of examples. Jaliya is a person who never wants to hurt anyone's feelings, and has countless times made sacrifices in order to help someone else. He very seldomly used the words "no" and "cannot" in his life. I can recall when our two families had gone on small trips together, he would quickly settle the dues along with ours before we even had a chance. When asked why he did such a thing, he would just answer that it was his pleasure to do so. I also recall the memory of when my mother needed a heart surgery, and I had applied for a donation from the Sri Lanka President's Fund (an open fund that responds to such donation requests). I called Jaliya to inquire how to proceed as he was knowledgeable about such matters. He answered and said "Nilmini, please don't expect any result such as a bigger amount than normal or for them to process the application on top of the others who had applied prior to you, but what I can do is to convey the urgency of your mother's operation to the fund managers, and donate some of my funds to you on a personal basis." He followed through and did just that. He was so loyal and it made me think of how proud I was of my dear friend Jaliya as an honest man willing to help my mother in her time of need!

Jaliya has always loved to be with his friends and family despite how busy he was – always keeping an eye on his phone in case someone needed him. His wife, my dear schoolmate, always said that she was lucky to have Jaliya as her husband since she felt that she is in safe hands with him. Jaliya was always a cool, level-headed man and whenever any problem arose even for us, he always voluntarily advised us how to overcome such issues. I could only describe him as "a precious gem" among our friends! There isn't any better way to describe his human qualities.

But now, I see a Jaliya who has been changed through the things he had to go through. He is no more an enthusiastic character, his health condition is fast deteriorating, his eyesight is slowly becoming non-visible, he does not seem to be full of joy anymore. His family, his wife Priyanga, and their children too are suffering from similar conditions as they too love their father a lot, and cannot tolerate his current circumstances. Your Honor, I don't know what type of punishment you are thinking of giving to him and I have no right to talk or write about it. Hence, my only request to Your Honor is to please be good and kind enough to be lenient in your judgment. This is all which I could beg from Your Honor for a lifetime friend of mine and may God be with all of us including Your Honor and Jaliya!

Thanking You,
Your Sincerely

M. Fernando

-------------------------------

**M. NILMINI DEEPIKA FERNANDO** LL.B. (Sri Lanka)
Attorney-at-Law & Notary Public
Commissioner for Oaths & Company Secretary
No: 83/2, Chandrawanka Mw.,
Wattalpola, Panadura.

Prasanna B. Bopitiya

3867, Thayer Trace

Duluth, GA 30096


June 20th, 2022


RE : Jaliya Wickramasuriya


The Honorable Tanya S. Chutkan

United States District Court for the District of Columbia

333, Constitution Ave. NW

Washington, D.C. 20001


I have known Jaliya for nineteen years, and we are friends. I was astounded to hear about his case. I am convinced that Jaliya has always been a decent person at the core. Therefore I am happy to write this character reference letter for Mr. Jaliya Wickramasuriya. I understand the seriousness of this matter and hope the court will show some leniency.


Jaliya doesn't hesitate to go above and beyond to extend a helping hand to anyone in need. I first met Jaliya through a friend of my aunt in 2003, when my wife and I were about to migrate to the United States. Eventhough he did not know us personally at that time. Jaliya did not hesitate to invite us to stay with his family until we settled in.


My wife and I spent three weeks at his house. We were relaxing and appreciating his hospitality. Jaliya was a great host and gracious enough to take some time off from his work to help us. He also educated us to acclimate to this new country. During the three weeks we stayed with his family, they attended to our every need. More importantly, he assisted us in finding our first employment opportunity at the Ritz Carlton Hotel Company.


In addition to our friendship, he has been an upstanding member of the Sri Lankan community. It's known that Jaliya willingly donated his time, skills, and money to develop the Georgia Buddhist Vihara. He also takes care of the well-being of the resident monks.


Ever since I have met Jaliya, he has shown to have a generous, kind, and devoted character towards others. Jaliya is a person with good moral character. I realize that is hard to believe given the circumstances, but it is true nonetheless.


While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was astonished to hear about the misconduct, but no surprise that he is ready to accept responsibility for his actions.

I sincerely hope that the court considers this letter when sentencing. Despite the current case, I still believe Jaliya Wickramasuriya to be an honorable individual, a valuable member of our community, and a good human being.

Sincerely,

Prasanna Bopitiya

19th June 2022

Priyanga Wickramasuriya
2600 Crystal Dr, Apt 1222
Arlington, VA 22202
priyanga@bellsouth.net

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Honorable Judge Chutkan,

My name is Priyanga Wickramasuriya and I am Jaliya's wife. I am now 55 years old and a US citizen. I'm a Director of Ceylon Royal Tea, a tea business that my husband founded. I met Jaliya in Sri Lanka in 1989 through a mutual friend and we were so sure we had found the one we wanted to spend the rest of our lives with that we got married in 1990. We have two children, a daughter named Sarindee and a son named Janith, who are also US citizens. When I first met Jaliya, he was working for a tea export company called MJF, where he was a senior manager. He started his own tea exporting company a few years later in 1999. After years of hard work, we moved to the US in 2001, when we started a marketing branch office for our tea company in order to expand our business to more countries, namely the US. Our dream was to sell tea to a primarily coffee drinking country, especially at that time! We were living in Atlanta and raising our children and business was going well. Jaliya and I would travel frequently for business both in the US and internationally, to maintain business ties and find new business including attending expos and pitching our products to new markets.

In 2008, the President of Sri Lanka offered Jaliya the position of Ambassador of Sri Lanka to the US. Rather than choosing a career diplomat, he wanted someone who had lived in the country he was appointed to, and knew how to get things done. I was very reluctant for him to accept this role, as I did not want him to have any involvement in politics. We finally came to a decision when he convinced me that he would try his best to keep it isolated from such things and that it was a rare opportunity to serve the country that we grew up in. In my opinion, he was not just a good Ambassador but a great one, and did his job better than many had done so.

When he finished his term, we returned to our business, which had taken a big hit in our absence. Slowly over the years, we have been building it back up as it was what brought us and our children to this country in the first place. It has been difficult in these times as we are no longer able to travel internationally to find new business due to the legal issues, and are also unable to visit the factory in Sri Lanka where our products are manufactured. We are spending our hard-earned money on all of these legal fees and lawyers and it is having a significant toll on our lives.

On top of this, Jaliya has been dealing with health issues ever since he had a heart attack and was in the critical care unit a few years ago, when these troubles first started. Due to high stress and tension, the retina in his left eye also became detached, causing him significant vision loss

in the eye. Even with all the surgeries he has done on his eye since then – years-long now – the doctors say he will not regain any vision, and now sees only 5% out of the eye. I worry for his health, as he needs constant attention and caring. The stress we face constantly wondering how we can go on like this is so hard on both of us, as well as our children, who are doing their best to support us.

Your Honor I have to say that my husband is the most loving, kindhearted, generous, understanding, and hard-working person I know. It is not just a list of words; he truly has all these traits and displays them every day. I feel lucky that I was able to find someone like him as a husband because he is exactly who I was hoping to find. As a father, he exhibits these same qualities and together we try our best to instill them in our children as well. He is a good son to his parents, he is a good sibling to his siblings, he is a good friend to his friends, he is a good coworker to those in his field, and a good boss to those who work for him. He is a good citizen and a good human being to the world. When someone asks a personal favor, he helps them with no hesitation or reservation, and goes out of his way to do so.

We are always doing meritorious deeds for those in need, such as those who are sick, those who are less privileged, and temples. These acts are not just in one place, as he has helped or made donations to various places in Sri Lanka, as well as places like St. Jude's Children's Research Hospital in the US. We do these acts not to be praised for them but because they are good, meritorious actions. They are also a way to let go of our own attachments/possessions and reduce our human tendency towards greed. These are the type of values that we believe very strongly in, especially as devout Buddhists.

I know very well that Jaliya is truly a good person and he doesn't just do actions with no meaning behind them. I remember when I twice had to go for surgeries, and I can say without a doubt, after my parents, he is the person who has taken care of me more than anyone else in this life. For everything I need, he is there for me; my whole world is him. I love him so much. I am very sad about this whole situation and what my husband and our family has had to go through, both in the US and Sri Lanka. When something like this happens to someone who has worked so hard and is a good human being, it makes me even more sad. It's hard to accept that the world will be shown him as though he is a bad person, when everything he has done in his life had been the opposite, and everyone who has met him would say the same. I have to find peace in knowing that he is a good person.

Thank you, Your Honor, for giving us a chance to tell you who the real Jaliya Wickramasuriya is. I really hope you will understand my sadness and pray that you will give a lenient judgment.

Sincerely,

Priyanga Wickramasuriya

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Honorable Tanya S. Chutkan,

My name is Raj Patel. I am a physician, with training in anesthesiology and pain medicine. I
practice at Capitol Pain Institute in Austin, TX and also serve as affiliate faculty at Dell Medical
School. More importantly, I am a son, brother, friend, citizen, and most recently, a husband.
After marrying his daughter last year, Jaliya Wickramasuriya is now my father-in-law. I have
known him for nearly 5 years.

In my profession, much like yours, we hold ourselves to high standards— professionally,
personally, in how we carry ourselves, and the people with whom we surround ourselves. While
I did not choose my father-in-law, suffice it to say, he is exactly the type of individual I would
have selected if given the opportunity. Since the day I first met him, he has welcomed with me
open arms, as one of his own.

As I have grown to know him over the years, there are several qualities I deeply admire about
Jaliya. In my eyes, he is an embodiment of the American dream. One of his favorite stories to
share is first coming to the U.S. with his family, arriving in Minnesota from the tropical island of
Sri Lanka. They were woefully unprepared for the winter. However, with two young children, he
knew that the U.S. represented the prospect of an incredible future for them. And that's all that
mattered. The rest, including the winters, he would figure out. Today, being married to the
incredible woman that he raised, it is without doubt that his conviction and sacrifice paid off.

Now, as a private citizen, he works hard managing his Sri Lankan-based tea company. I've
watched him regularly take early morning and late night phone calls/meeting, as necessitated by
international business hours. Nonetheless, his eyes light up anytime I ask a question about
something related to the company. He can walk me through the meticulous preparation and
packing of the teabags all the way to nuances of the supply-chain to ship his products. In these
conversations, I've learned that we share a common belief that if you work hard and pursue your
passions, anything is possible. These are the same values he has instilled in his children. He has
preached it and he has lived it.

I have also gotten an intimate look at the many other hats Jaliya wears. As a husband, he sets the
bar incredibly high. Last summer when my mother-in-law developed a large abdominal abscess
requiring surgery, he spent the next 6 weeks performing daily dressing changes at home until it
fully healed. He never uttered a single complaint. Each time I've visited their home, I've
witnessed small acts of kindness and love sprinkled throughout the day. Quick trips to the
grocery store for a missing ingredient, an affectionate hug, walks together in the evening— the

list goes on and on. As a father, he sets the bar even higher. Shortly before I began dating his daughter, her brother (Jaliya's son/my brother in-law) lost his longtime girlfriend to cancer. It spiraled him into a clinical depression that lasted years. I watched Jaliya navigate that in a way that I could only hope to if one day faced with such a devastating circumstance for my own child. He unconditionally supported him for those years, all the while striking an incredible balance of knowing when to check in, give space, provide gentle words of encouragement, or small nudges forward. We are all glad to see he is doing much better today.

In my 5 years of knowing Jaliya, he has proven himself over and over as a man of high character and virtue. He lives it day in and day out, and demonstrates it in the many actions that make up the sum of who a man is. I cannot even think of a *single* instance where I have witnessed anything to the contrary. I am truthfully incredibly hard fought to find flaws with his character. However, if I had to find something it would be: perhaps he loves too deeply, trusts too early, forgives too quickly, and in doing so, sometimes it is at his own detriment. Jaliya also tends to see the best in those around him, one of his strongest attributes. Ultimately, I do not believe one can possess such an outlook without also possessing these 'flaws' to some extent. For this, he should not be punished.

Jaliya is a remarkable man, father, husband, friend, and so much more. I know that for many years to come, he will be nothing but an outstanding private citizen. I implore you to reflect on these words and find within yourself leniency for Jaliya Wickramasuriya.


Sincerely,

Raj G. Patel, M.D.

17th June 2022                                                                          Ranil Liyanage
                                                                                                        206 Edwards Dr
                                                                                                        Normal, IL 61761.


Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Your Honor,

My name is Ranil Liyanage and I have known Jaliya since 1990. Jaliya and I met when we were managers for a very prestigious company, MJF Exports. His skills were so impressive that I often sought his advice to motivate my team. He was always generous, insightful, enthusiastic, and creative. There is no doubt that I am a better person today because of my friendship with Jaliya for over 30 years.

I have been honored to know Jaliya for all these years. In my working relationship, he always dealt with people of all ages calmly and never had even a single unpleasant situation with any co-workers. He was one of those managers whom everyone wanted to work with because of his very professional and disciplined approach.

Because of so many similarities between us, we became good friends and eventually became family friends too. We used to visit each other outside the office whenever we had time. We got to know each other's extended family as well. My family respected and treated Jaliya's parents and family as they were our own family. In addition to that, both of us had two kids in the same age range and they were very close to each other and strengthened the bond between our two families. We have so many fond memories of the past. I remember we always used our free time off work to spend our vacations together.

Eventually, I migrated to USA in 1998 and Jaliya visited us several times here before he migrated to USA with his family as well. Even though we live many states apart, we still visit each other quite often. Our kids are all grown up now, and we talk and remember those good old memories when we meet.

I know that Jaliya's parents came from very deep rooted and decent families in Sri Lanka. I always saw those characteristics displayed in Jaliya's life. Jaliya is very religious person. He always wants to visit temple to pray, and to get religious advice from Buddhist monks to live a very spiritual life. I remember several situations where when a Buddhist monk wanted to visit USA, Jaliya went out of his way to help them by providing necessary travel expenses and sometimes even taking care of their food and other requirements. I have also seen him helping lots of people who don't have basic living conditions met. He never helped them for any recognition. He always wanted

to help them because he is a very kindhearted person and truly believes that the other person should not live as underprivileged in this society.

This is the Jaliya I have known for 30+ years. We had a professional relationship first, then became a good friend, then became an extremely good family friend. Since the first day I met him, I have never seen that he has changed anything he believes and his character and relationships with other people are extremely healthy. The only thing I've noticed is that ever since these problems began, Jaliya's medical condition has been getting worse. I know that he had a heart attack in Sri Lanka, and now has an issue in his eyes due to high pressure, which caused him to go blind in one eye. He had a tough time these past few years and I am worried for his health because when I see him, he looks worried himself.

After associating very closely with Jaliya and his family for over 30 years, what me and my wife have to say is he is very genuine, decent, honest, well-disciplined, principled and a very sincere gentleman. He has proved that at the work place, society, and with all friends – especially with me and my family. So, I appeal to Your Honor to be fair by him and please be lenient with your order.


Respectfully,

Ranil Liyanage



R. S. Weerawickrama *LLB (Col), LLM (HK), MPA&M (Col), JPUM*
Attorney-at-Law, Unofficial Magistrate

*VICTORIAN LAW CHAMBERS,*
No: 17, 3rd Floor, Belmont Street, Colombo 12, SRI LANKA
Mobile: + 94 (0) 71 9904455, + 94 (0) 77 1260980
Email: weerawickramers@gmail.com

**HON. JUDGE TANYA S. CHUTKAN**
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

**TO: YOUR LADYSHIP THE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

On this 22nd day of June, 2022

**Respectfully Sharing of My Views Regarding Jaliya Chithran Wickramasuriya**

I highly appreciate Your Ladyship for providing me this opportunity to write to you and share my views on Mr. Jaliya Chithran Wickramasuriya. I feel it as my privilege to write about him on this particular occasion.

I am a legal practitioner for the last 25 years. Currently, I am a legal practitioner in the Supreme Court of Sri Lanka. I studied post graduate degree of LLM in HKU, following a full scholarship provided by *Ford Foundation of USA*. Later, I have worked and stayed for legal firms in Australia, Hong Kong, UK as well. Therefore, I had an opportunity to meet hundreds of legal practitioners and other professionals produced by my country.

My wife, *Dr. Mrs. H. T. D. W. Ariyarathna, MBBS (Ruhuna), DLM (Col), MD (Col), DMJ Path (Lond)* is a medical practitioner and presently the *Head of the Department of Forensic Medicine, Faculty of Medicine, University of Sri Jayawardenepura*. Therefore, I was fortunate to meet hundreds of medical practitioners who came from throughout Sri Lanka as well.

While closely associating hundreds of doctors, lawyers, engineers who came from the district of Hambantota, I and my wife have heard a single, similar and extraordinary story about one strange, dedicated, exceptional courageous female teacher of language of English. That was Mrs. Kamala Wickramasuriya (nee Rajapaksa). Almost all the doctors, lawyers and engineers who came from that district of Hambantota have been taught the language of English by her. They all have studied in Weeraketiya D. M. Rajapaksa Central College, a school donated by her father, where Mrs. Kamala Wickramasuriya had taught for nearly 32 years. This college has been the only place which provided minimum education facilities for the students to go for their higher education. Tertiary education in medicine, engineering, and law in Sri Lanka is based in English as Sri Lanka was a former British colony. Therefore, these professionals had enormous respect and utmost sacred gratitude towards Mrs. Kamala Wickramasuriya all the time. Mrs. Kamala Wickramasuriya had completed her highest studies in the most respected prestigious girls' college in the capital Colombo. However, she had voluntarily decided to teach English in one of the most difficult districts where thousands of under-privileged students struggled to study, while she ignoring her capabilities of achieving fortunes at a higher position in the capital Colombo.

Jaliya was one of the fortunate sons of Mrs. Kamala Wickramasuriya. Thus, I had an enormous respect for Jaliya due to his mother, who raised him with the values that she had exemplified for so many years. I have seen Jaliya and his wife raise their two children the same way, teaching them the same commendable values. I witnessed how well brought up and mannered they are, and how they have been taught to always do actions that benefit society.

Young Entrepreneur, Innovative Exporter Who Explored the Opportunities in the world including USA, Canada.

When I was closely associating with Jaliya, I learned about him as a young entrepreneur, innovative exporter and a corporate executive. He had expertise in the tea production industry as a trainee executive. Later, he has observed the Sri Lankan fate and the fortunes in the international emerging markets in Europe and North America. He had identified the lack of capacities, knowhow, managerial skills and the technological achievements of Sri Lanka to compete with international markets.

Jaliya understood, Sri Lanka, as the premium producer of *Ceylon Tea*. However, it still exported raw bulk tea to the Middle east and Russia. He wanted to go for value added tea productions. He exploded the world and searched for the available technologies. He participated in several dozens of international exhibitions. Later he was able to observe the changes in the European and North American markets.

Jaliya Wickramasuriya as the Ambassador of Sri Lanka to the United States of America

The President of Sri Lanka at the time wanted to have a person who really understand the values of US society. Who understand the values of democracy, freedom, human rights and rule of law systems? Who is a person who also understands the fundamental values of trade relationships, participations and fundamentals of free market economies? Finding the most suitable person for such a challenging post was a difficult task. Sri Lanka being a South Asian Country made it even more difficult. However, the President of Sri Lanka chose Jaliya as the most capable person for the job.

Jaliya accepted this challenging position at one of the most difficult times in the recent history of Sri Lanka. He faced two challenges. It was not only his challenge. It was the challenges faced by the state of Sri Lanka as well.

I honestly believe that during the tenure of Jaliya as the Ambassador of Sri Lanka to the USA, he tendered a tremendous service to the country as a very efficient and productive diplomat – one of the most in the recent history between USA and Sri Lanka. I have no hesitation to appreciate Jaliya's extraordinary capacities and the services that he tendered during this time.

What Sri Lanka is Expecting from Jaliya Wickramasuriya

I honestly believe that Jaliya has more works to be completed for his country, his people. He has to continue to take on the respected tradition of working towards supporting the under-privileged people of Sri Lanka. His tremendous skills and analytical capabilities in relation to

local and international markets would vehemently nourish the young entrepreneurs in Sri Lanka and many other developing nations.

I hope that this letter helps Your Ladyship understand Jaliya's character, and wish him the best.

Yours Sincerely,

Sanjeewa Weerawickrama
Attorney-at-Law and Unofficial Magistrate

Sarindee W. Patel
110 San Antonio Street, Unit 400
Austin, TX 78701

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Your Honor,

My name is Sarindee Wickramasuriya Patel and I'm Mr. Wickramasuriya's daughter. I was born in Sri Lanka, raised in Georgia, and educated in Washington D.C. where I graduated with a degree in Communication Studies. My passion for storytelling has allowed me to build a career in experiential marketing and public relations for the last decade. I also am on the executive board of directors for various youth nonprofits such as: The Boys and Girls Clubs of America, Sri Lankan Youth Organization, and my Alma Mater, American University.

I am writing to you today in support and admiration of my father, Mr. Jaliya Wickramasuriya. Many know him as the former Ambassador, a business owner, a loyal friend, a dependable brother, and a kind human being. But I have also had a front row seat to the exceptional one-of-a-kind husband and father he has been for my 30 years of life.

I recently got married and decided to make my maiden name my middle name. The reason I wanted to keep my family name is because every day I wake up being immensely proud to be my father's daughter. To choose one story that sums up his character is tough because there's simply too many. It's all the big and little ways he makes a positive impact in those around him as well as his deep desire to make his community and the world better every single day that makes my father special.

Just last month, I attended a wedding where a woman came up to me and introduced herself as someone who knows my parents. She said that many years ago, a friend had introduced her to my mother and father (whom I call ammi & thaththi) and her and her family had stayed with us when they were visiting. She talked about how hospitable my ammi was at that time and how generous both my parents were. Then, with tears in her eyes, she told me that her brother passed away a few years back and she had a lot of trouble trying to get his body back to Sri Lanka to be buried alongside his family per his wish. She said although she had only met my thaththi that one time many years prior, that the second she called him to help ensure this was handled with care, that my thaththi (Ambassador at the time) went out of his way to do just that and more. She said that he is one of the most genuine people she's ever met and she will never forget his kindness through that difficult time in her life. After she left, I remember thinking to myself "wow, that's the least surprising thing I've heard." You see, my brother and I have moments like this all the time. Sometimes from people we know well but often from people we've never even met or heard of. They share stories of how my thaththi has changed their lives in some meaningful way. These stories always have a common theme – he never even wants anyone else to know that he helped. Most of the time, he does it on the low

Sarindee W. Patel
110 San Antonio Street, Unit 400
Austin, TX 78701

because he doesn't care about getting credit. He simply wants to make people's lives better and that's all there is to it.

I believe he gets this from his mother – my grandmother - who was a Buddhist nun and a long-time teacher in the public education system. She lived a life of service and I believe my father models that behavior. My grandmother was a writer and in one of her journals she wrote, "my son Jaliya is a kind person. He is a boy ever ready to help whomever and however they need. Even if sometimes it's to his detriment." I think of this line often because she really knew her son. Thaththi is the most selfless man I have ever met and probably ever will.

I have seen his true character in the way he cares for my mother. The most loyal husband. The hardest working human. In a culture where women are not always given the same level of respect and opportunities as men, my thaththi showed me by example what a 50-50 partnership and marriage look like. He never cared about societal pressures or norms, but rather treated my mother as an equal and as a queen in every way. I know I speak on behalf of my brother and I when I say, their love and marriage has truly inspired us and still does.

I have seen his true character in the way he cares for us – his kids. He set a foundation for us not just financially but one that's built with core values for life. Honesty, integrity, kindness, generosity, loyalty, faith, grace, and love. A lot of immigrants have a tricky relationship with the country they moved to. Not me. I'm thankful that we moved here. Thaththi showed me that if you are a good person, stay true to who you are, work hard, and fight for what you believe in – anything is possible. He's the reason I believe in "The American Dream."

I have seen his true character in the way he handles the various hurdles life has thrown his way. With strength, grit, and resilience. If I had to choose one thing above anything else that makes my father who he is, I would say it is his heart. It doesn't just love hard or give endlessly. His heart has the ability to forgive and offer grace to those who have wronged him in a way I have never seen anyone else do. He makes me believe in humanity, justice, and destiny even when it's difficult. I hope to instill these values in my own children one day because the world needs more of that. People who have unwavering hope and faith.

People have a lot of role models they look up to and reference. They include folks like Kobe Bryant and Barrack and Michelle Obama. My list has and always will be the same. My parents – ammi & thaththi. They have shown my brother and I (by example) how to handle absolutely anything that life throws our way without losing sight of who we are and there is nothing they could ever gift us that will be greater than that.

I want to thank you for letting me share some thoughts on my father.

Sincerely,
Sarindee Wickramasuriya Patel
sarindeewp@gmail.com

2

14th June 2022

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Your Honor:

As a freelance journalist and author of 30 plus years, I am writing on behalf of my friend Jaliya
Wickramasuriya. I have known Jaliya and his family for the last ten years, since the beginning of
his tenure as Sri Lankan ambassador to the U.S.

In 2012, I contacted the embassy to let them know that my *New York Times* notable cookbook,
Rice & Curry: Sri Lankan Home Cooking (Hippocrene Books) had been published. In his
capacity to promote Sri Lanka, Jaliya insisted that he host the book launch at the official
residence. Consequently, a lot of important media was invited, food and refreshments provided,
and the event turned out to be a great promotional opportunity for the book. Since then, I have
attended many cultural events at the embassy and official residence and have found Jaliya to be
one of the most sincere and giving individuals, who possesses a great love for his culture and
country. He is also a person of the highest integrity who deals with everyone fairly and truly
practices the precepts of Buddhism.

As his background is in business and not foreign service, I believe Jaliya brought a unique
perspective and set of skills to the job of ambassador. He is a people person who is truly
concerned about others and gets along with different personalities. He always carries a smile on
his face and displays a positive attitude. The job demanded 100% of his time and focus and he
gave 110%, to the detriment of his own business and family. I have seen him take phone calls
and carry out his official duties at odd hours and without complaint. I would even consider his
five-year tenure as ambassador as a labor of love more than anything else as he certainly did not
profit from it materially in any way. I have known several Sri Lankan ambassadors, and he was
by far the best, who did the most for the country. Jaliya is also one of the most honest and
upstanding people that I have had the pleasure of knowing. In this regard, I would ask the court
to grant him leniency.

Respectfully,

S.H. Fernando Jr.
3003 N. Calvert St.
Baltimore, MD 21218



**TEACO PACKAGING INTERNATIONAL (PVT) LTD**

19th June 2022

Suranga S. Samarawickrama
No. 134/2,
Pahala Imbulgoda
Imbulgoda, Sri Lanka

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Judge Chutkan,

My name is Suranga S. Samarawickrama and I am 49 years old. I am a Buddhist and reside in
Imbulgoda, Sri Lanka. I am married to my wife, Mrs. Nilmini S. Ramanayake, and we have three
children. Today I am the owner and managing director of Teaco Packaging International (PVT)
Ltd, an import-export company based in Sri Lanka and doing business globally. As my first boss,
Mr. Jaliya Wickramasuriya has given me so many recommendations in the past. I am happy that
I got an opportunity to write a genuine letter about him and sad at the same time since he is in
this unfortunate situation.

I started my career as a Management Trainee at MJF Exports Ltd, which is also known as Dilmah
Tea, the leading tea exporter in the country, in the year 1992. This is where I met this generous,
friendly, and polite gentleman. I will never forget my first day. I was support to report to meet
my new boss, and as a young man in the industry back then, I was very nervous. However, as
soon as I saw Mr. Jaliya and talked with him, I knew I got a boss much better than I had
expected. He taught me everything I needed for the job as though he was a teacher in school.
He brought me up in the organization step by step and not only taught the direct
responsibilities of the job, but also how to serve your employees genuinely. He taught by
example what a good work ethic looks like and how important consistency is. Mr. Jaliya taught
me the importance of accepting mistakes and correcting them.

After my time at MJF Exports, I joined Polytec Marketing (PVT) Ltd as a CEO and worked there
for 15 years. As mentioned earlier, I am now the owner of my own packaging solution company
catering to the global market. I carried the advice Mr. Jaliya taught me all those years ago and I
am an entrepreneur today thanks in no small part to his efforts.

As someone who worked very closely with him for nearly 10 years, these are the things I have
seen of him in the work environment: He is always on time, whether it is showing up to work,
meetings, or returning from breaks. He has a very positive attitude. He never had issues with
office politics or any personal issues with coworkers, both above him or working under him. He
follows the rules and looks for opportunities to serve customers and help coworkers. He
appreciates those willing to do the work that is challenging, but helps move the business in the



**TEACO PACKAGING INTERNATIONAL (PVT) LTD**

right direction, however big or small. Mr. Jaliya always showed respect towards everyone in the workplace, regardless of position. From my experience, he is this way even outside the workplace. I know that he tried his best to bring this same sort demeanor, efficiency, and humility to the public sector as when he was in the private sector.

Mr. Jaliya and I have a lengthy business history and he has proven to be a trustworthy partner. He comes from a reputable family that I've known for almost 30 years. He is the most humble, generous, efficient, adaptable, courageous, and sincere human being I have known. In my career as an entrepreneur, I try to follow his example and be of help to others around me.

I can only humbly ask the court for leniency for a man that has made a big impact on my life and career, and hope that this letter helps to better understand his character.

Respectfully,

Suranga S. Samarawickrama

**Udeni Balasuriya BVSc, MS, PhD, FSLCVS**
2955 Pointe Marie Drive
Baton Rouge, LA 70820
Phone: 859-806-4775
E-mail: sea1864@gmail.com

July 18, 2022

The Honorable Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

RE: Character Reference for Mr. Jaliya Wickramasuriya

Dear Judge Chutkan:

I am Dr. Udeni Balasuriya, Director of Louisiana Animal Disease Diagnostic Laboratory (LADDL) and Professor of Virology at the School of Veterinary Medicine, Louisiana State University, Baton Rouge, Louisiana. I met Mr. Wickramasuriya when he visited the University of Kentucky (UKY) to establish a student exchange program between the UKY and the University of Peradeniya, Sri Lanka, in 2013. Since then, I have found a very close friendship with him and his family. In addition, I have visited him in Washington D.C. and his current residence in Atlanta, Georgia.

When I met him in 2013, I was the Professor of Virology at the Maxwell H. Gluck Equine Research Center, UKY, Lexington, Kentucky. It was a pleasure to work with him, arranging a Memorandum of Understanding (MOU) between the University of Kentucky and the University of Peradeniya, Sri Lanka to establish an exchange program for medical students. He was enthusiastic, energetic, and played a critical role as the Sri Lankan Ambassador in launching this program. Furthermore, he has done many things to advance diplomatic ties between the U.S. and Sri Lanka during his tenure. Mr. Wickramasuriya was a dedicated and hard-working diplomate who sacrificed his U.S. citizenship to serve his motherland.

Unfortunately, he has to plead guilty to embezzlement of funds and money laundering when he was the Sri Lankan Ambassador to U.S. in Washington D.C. from 2008 to 2014 and will be sentenced on July 20, 2022. On a personal level, I have observed him to have deep remorse for being wrapped up in a regrettable event. Since I know him well, I believe his feelings to be genuine and sincere and therefore, respectfully seek a more lenient punishment because his family will be severely harmed if he is imprisoned. I hope this letter gives you a sense of his good character and that you will give him another chance to re-establish it despite this odd incident.

Thank you for taking the time to read my letter. Please feel free to contact me any time with regards to further details regarding my friend, and I will be glad to be of help. I can be reached at 859-806-4775.

Sincerely,


Udeni B. R. Balasuriya BVSc, MS, PhD, FSLCVS
Director and Professor of Virology

Ven. Kekirawe Bodhidhamma Thero
Jethawana Buddhist Monastery
417 Belgrave-Hallam Rd
Narre Warren North, VIC 3804
Australia.

Judge Tanya S. Chutkan
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001.


I, Ven. Kekirawe Bodhidhamma Thero, am a Buddhist monk who received the ordination as
a novice monk in a Sri Lankan Monastic Order on the 20 September, 2002.
Subsequently, on 10 June, 2004, I received the full ordination and has since been learning
Dhamma (Doctrine) and Vinaya (Discipline) at multiple monasteries around the world.
During the past 20 years I have been conducting and organising Buddhist meditation
retreats, Buddhist Dhamma programs, major events and
community service projects while serving in Australia, the USA, the UK, Germany, Canada
and many other countries to share traditional Theravada Buddhist teachings and meditation
practices.

I have known Mr. Jaliya Wickramasuriya and his family since 2014 when I was residing at a
monastery located in Washington DC.
I have closely associated with Mr Jaliya and his wife between 2013 and 2015, and they have
supported me with organising a number of religious events.
To the best of my knowledge, he is a kind, compassionate and generous person. Mr. Jaliya
has also regularly offered meals (dana) to the resident monks at the monastery and has
been a frequent participant of the programs.


Not only his family has supported in numerous ways, but they have also been supporting
multiple Buddhist temples in the USA and Sri Lanka. Moreover, I'm aware that his family has
helped many underprivileged and needy people in Sri Lanka.

May the Blessing of the Triple Gem be with you!

With thoughts of Metta,

Venerable. Kekirawe Bodhidhamma Thero.




# Mangalaramaya Buddhist Temple
## Talagala, Gonapala Junction, 12410, Sri Lanka
### www.srisiddharthapadanama.org
Tel/Fax : +94 342254334 email: ventalagalasumana@gmail.com

17th June 2022

Ven. Thalagala Sumanaratna
Mangalaramaya Buddhist Temple
Talagala, Gonapala Junction,
Sri Lanka

Judge Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

### Character certificate of Mr. Jaliya Wickramasuriya

Your Honor,

I am a Buddhist monk in Sri Lanka presenting this certificate. I am 74 years old and have been a priest for 61 years. At present I am the Chief Incumbent of three temples (Thalagala Mangalaramaya and Suwarapola Thapodaramaya in the Western Province, and Anuradhapura Siri Sugatha Yogasramaya in the mid-western province). I am the Chief Sanganayaka of the three divisions of Raigam Korale, Salpitiya Korale and Panadura Thotamuna and I am also the Chairman of the Horana Sasanarakshaka Board and the Secretary of the Kalutara District Sasanarakshaka Board.

I have also been appointed as an All Ceylon (Sri Lanka) Justice of the Peace by the Ministry of Justice. I am a BA Honors Degree and have 27 years of service as a religion teacher in 5 schools including DS Senanayake Vidyalaya, Colombo and am currently retired. I have a clergy student body over 30 in my lifetime. In addition to religious service, I am involved in social work to serve the underprivileged people in the country.

I have known Mr. Jaliya Chithran Wickramasuriya for a long time, who resided at No. 65/58 Katuwana Road, Homagama, Sri Lanka. I have known Mr. Jaliya since he was a child, as his mother, Mrs. Kamala Wickramasuriya, and I served on the teaching staff of the same school in 1977. His mother was a scholar of English, Pali, and Sanksrit, and taught for over 30 years. She later became ordained as a Buddhist nun as well. Her father, D.M. Rajapaksa, (Mr. Jaliya's grandfather) was a Member of the State Council of Sri Lanka in the Hambantota District (i.e. Senator of Southern District of Sri Lanka) since 1936. Mr. Jaliya's mother's brothers and sisters are also members of the Government of Sri Lanka who hold ministerial posts and other government posts. Mr. Jaliya's brother Prasanna Wickramasuriya is a retired Army officer, as well as a former Chairman of Airports and Aviation. Their sister Anoma Wickramasuriya is an Executive Officer.

Mr. Jaliya was educated at Nalanda College Colombo, one of the premier schools in Sri Lanka, and at the Sunday School, Pagoda Dharmaduta Vihara, Nugegoda. After completing his education, he held a number of responsible, senior positions, including representing Sri Lanka as the Ambassador to the United States. Presently, he is the Chief Executive Officer and Managing Director of Ceylon Royal Teas in Sri Lanka.

Mr. Jaliya is a kind person. A memorable example I recall where this was very clear was at the time of the tsunami disaster in 2004. He worked hard to send food, medical and other aid to Sri Lanka from various countries. Finding and helping children who have lost their parents is a service that should be especially commended. He has also provided money for scholarships and school equipment such as books for children who are unable to pursue their education due to various problems and economic pressures. There are monks living in difficult conditions in temples that are in remote areas of Sri Lanka. They provide religious and social services to the poor in the midst of various difficulties. Mr. Jaliya joined hands with us by donating personal wealth to help these monks as well.

The list of deeds does not stop there. Mr. Jaliya has donated on several occasions to treat sick monks, and on many occasions Pinkamas (meritorious deeds) have been performed such as donating food and robes to the clergy as well. He has helped not only Buddhist temples, but also many other places such as churches, hospitals and orphanages. By my count, when including those that work for his tea business, Mr. Jaliya's efforts have benefited more than 200 families to date. They live well because they are offered well-paying jobs. In turn, their children also receive better education. More people have been able to build their own houses. All of these families' lives have been improved because of him.

Mr. Jaliya is a religious man. I know that he and his wife do Meththa (Compassion) meditation during their daily prayers and blessings. Compassion meditation is a type of meditation where you focus on wishing for the wellbeing and healing of all beings. The Meththa meditator blesses not only those who are close to his family, but also those who are moderate, those who are angry, and even those who are hostile to him. You focus your mind that they may all have no sorrow, and that they may all be well, have good health, happiness and long lives. You wish for progress and good luck for all.

Although Mr. Jaliya is currently facing some problems, as far as I know neither he nor his family have ever been in such a situation, or ever even accused of any wrongdoing before.

It is our belief that he has served as an elite figure in an aristocratic generation. I even believe that if his business was disrupted, his family as well as the 200 families who work at his company would face serious problems, as he has such a strong impact on all of them.

I assure you that Mr. Jaliya Wickramasuriya, a member of a devout Buddhist family, is a socially friendly, kind, decent, trustworthy and virtuous person.

Blessings to you,

Venerable Thalagala Sumanaratna

ධම්දූත මධ්‍යස්ථානාධිපති
ශාසන කීර්ති ශ්‍රී ගෞරව ශාස්තුවේදී
සාමචිනිසුරු(මුළු දිවයිනට)
03/02/බප/මුද්/ඩ්/038
උරුගමුවේ වාචිස්සර හිමි
ධම්දූත මධ්‍යස්ථාන,
පාගොඩ පාර නුගේගොඩ.
ටෙලි: 011 2852071

**VEN. URUGAMUWE WACHISSARA THERO**
**SHASANA KEERTHI SRI (B.A.HON-J.P/OI)**
**DHARMADUTA CENTRE**
**PAGODA ROAD**
**NUGEGODA**
**TEL: 011 2852071**

255
.................................
21-06-2022

Honourable Judge Tanya S.Chutkan,

United States District Court for the District of Columbia,

333 Constitution Ave. NW

Washington D.C. 20001

I, who specify of Jaliya Wickremasuriya, am the Chief Incumbent of the Pagoda Buddhist Dharmadutha Centre which is in the vicinity of the Capital City of Colombo in Sri Lanka. I am also, the Adhikarana Sanga Nayake of the Colombo District, Organizer and Adviser of the Dharmadutha Organization.

Jaliya Wckremasuriya is well known to me from his school days. He studied Buddhism and Sinhala Language making this Centre as his Centre of Studies. He was studious and his school activities were of high standard.

After concluding studies he launched on an enterprise of his own exporting Sri Lankan Tea. I participated at the auspicious inauguration of the said enterprise and several other instances of such activities.

His enthusiasm, perseverance and honesty were well exemplified in all his activities. Within a short spell of time his business thrived and also, gained international recognition. I must specifically mention that his success was due to his honesty and fear of doing wrong things. In my association with him in Sri Lanka I see him as a person who could successfully lift up his dignity and decorum owing to his honesty and exemplary behaviour.

His mother, also, was an ingenious teacher who served in our Dhamma School for a long time.

Attana va katam pāpam - attanā va Sankilissati

Attana akatam pāpam - attanā va visujjahati

Evil done by oneself will defile one. Evil not done by oneself will purify one.

I do not hesitate to admit that Jaliya Wickremasuriya is one who asserted his living up to these noble words of Lord Buddha.

From young days he associated Buddhist Temples, observed and adhered to advise of Buddhist Priests and accordingly, I conscientiously commend him as a person who could elevate his life style in good form.

I sincerely wish him all his future activities shall prosper without any hindrance whatsoever, all been based on splendid mental power.

Sgd/ Urugamuwe Wacheessara Thero

# Vidya Jyothi Dr. Bandula Wijesiriwardena

MBBS (Col.), MD (Col.), MRCP (UK), FACP, FRACP (Hon.), FCMSA (Hon.)

## Group Chairman, Lanka Hospitals PLC

### Consultant Physician

17th June 2022

The Honorable Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Judge,

I am Dr Bandula Wijesiriwardena from Colombo, Sri Lanka. I work as a specialist in Internal Medicine attached to Durdans Hospital, one of the premier Tertiary Care Hospitals in Colombo. I also hold the position of Chairman, Board of directors of Lanka Hospitals PLC, one of the premier Tertiary care hospitals in Sri Lanka. It is a Government owned Business Enterprise. I am a council member of the Sri Lanka Medical Council, the body that regulates the medical education and practice in Sri Lanka. I was the president of the Ceylon College of Physicians in 2015. I am a Fellow of the American College of Physicians, Ceylon College of Physicians and a Honorary Fellow of the Australasian College of Physicians and Colleges of Medicine of South Africa.

I have known Mr Jaliya Wickremasuriya and the family since 2006. I have known them mostly as patients. I have treated him and his family. I looked after both his parents until they passed away due to old age in 2006 (mother) and 2013 (father). Mr Wickremasuriya is from my ancestral village and from a very well respected family.

He is a very friendly and honest person and will always go out of the way to help other people. When I was in Washington DC to attend the annual sessions of the American College of Physicians, he made sure that I had a very comfortable and pleasant stay. When I was in The United States on a subsequent visit with the family, we were invited stay with them and looked after very well.

I have been made to understand that Mr Wickremasuriya will be sentenced in his case on the 20th of July 2022. In view of his past exemplary record I plead your Honor for leniency.

Dr Bandula Wijesiriwardena

Dr. **Bandula Wijesiriwardena**
MBBS (Colombo), MRCP (UK), FCCP, FACP, FRACP (Hon), FCMSA (Hon)
Consultant Physician
Durdans Hospital
Ceylon Hospital PLC
Colombo 3, Sri Lanka.

